UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN PARROTT AND LAURIE PARROTT, Derivatively on Behalf of BIOPURE CORPORATION, <br><br>Plaintiffs, <br><br>vs. <br><br>THOMAS A. MOORE, et al. <br><br>Defendants, <br><br>-and- <br><br>BIOPURE CORPORATION, a Delaware Corporation, <br><br>Nominal Defendant. | Civil Action No. 1:04-cv-10177-NG <br><br>Assigned to: Judge J. Nancy Gertner <br><br>Magistrate Judge Alexander <br><br>DERIVATIVE ACTION <br><br>FILING FEE PAID: <br>RECEIPT # 59308 <br>AMOUNT $ 150.00 <br>BY DPTY CLK ___ <br>DATE 3/4/04 |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.5.3(b) of the Local Rules of the U.S. District Court for the District of Massachusetts, I, Mary T. Sullivan, a member in good standing of the bar of this Court, hereby move for the admission *pro hac vice* of the following counsel:

George E. Barrett
Douglas S. Johnston, Jr.
Timothy L. Miles
BARRETT, JOHNSTON & PARSLEY
217 Second Avenue, North
Nashville, TN 37201
Telephone: 615/244-2202
Facsimile: 615/252-3798

for the purpose of litigation in this Court as attorneys for the Plaintiffs. Messrs. Barrett, Johnston & Miles certify herewith that they all are members in good standing of the Middle District of

Tennessee and are members in good standing in each other jurisdiction they are admitted to practice; there are no disciplinary proceeding pending against them in any jurisdiction; and they have studied the Local Rules of this Court.

Dated: March 7, 2004.

Respectfully submitted,

*[signature: Mary T. S.]*

Mary T. Sullivan, BBO #487130
SEGAL ROITMAN & COLEMAN
11 Beacon Street, Suite 500
Boston, MA 02108
Telephone: 617/742-0208
Facsimile: 617/742-2187

### CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Motion for Pro Hac Vice has been served on Robert A. Buhlman, Esq. and Eunice E. Lee, Esq., Bingham McCutchen LLP, 150 Federal Street, Boston, MA 02110, counsel for defendants, via U.S. First-Class mail, postage-prepaid, on this the 7th day of March, 2004:

*[signature: Mary T. S.]*

Mary T. Sullivan