UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN PARROTT AND LAURIE PARROTT, Derivatively on Behalf of BIOPURE CORPORATION, <br><br> Plaintiffs, <br><br> vs. <br><br> THOMAS A. MOORE, et al. <br><br> Defendants, <br><br> -and- <br><br> BIOPURE CORPORATION, a Delaware Corporation, <br><br> Nominal Defendant. | Civil Action No. 1:04-cv-10177-NG <br><br> Assigned to: Judge J. Nancy Gertner <br><br> Magistrate Judge Alexander <br><br><br><br> DERIVATIVE ACTION |

## CERTIFICATE OF DOUGLAS S. JOHNSTON, JR.

In support of our Motion for Admission to appear *pro hac vice*, I, Douglas S. Johnston, Jr., certify as follows:

1. I am the counsel for Plaintiffs, John Parrott and Laurie Parrott.

2. I am licensed to practice law in Tennessee. My Tennessee Bar Number is 5782.

3. I am admitted to practice before the United States Supreme Court and the United States Court of Appeals for the Sixth Circuit.

4. I am admitted to practice before the United States District Courts for Middle and Eastern Districts of Tennessee and the District of Colorado.

5. I am a member in good standing in every jurisdiction in which I have been admitted to practice.

6. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

7. I am familiar with the Local Rules of the United States District Court of the District of Massachusetts and will abide by such Rules.

WHEREFORE, I, Douglas S. Johnston, Jr., request that I be permitted to appear *pro hac vice* on behalf of the Plaintiffs in this case.

Respectfully Submitted,

_____
Douglas S. Johnston, Jr.
BARRET, JOHNSTON & PARSLEY
217 Second Avenue North
Nashville, TN 37201
615-244-2202
615-252-3798 fax

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this ___ day of March, 2004, via first class mail, a true copy of the foregoing Certificate of Douglas S. Johnston, Jr., *Pro Hac Vice* was served upon Robert A. Buhlman, Esq. and Eunice E. Lee, Esq., Bingham McCuthen, LLP, 150 Federal Street, Boston, MA 02110.

_____
Mary T. Sullivan