UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN PARROT and LAURIE PARROT, Derivatively on Behalf of BIOPURE CORPORATION,<br><br>                 Plaintiffs,<br><br>v.<br><br>THOMAS A. MOORE, CARL W. RAUSCH, DAVID N. JUDELSON, CHARLES A. SANDERS, M.D., C. EVERETT KOOP, M.D., DANIEL P. HARRINGTON and J. RICHARD CROUT, M.D.,<br><br>                 Defendants,<br><br>-and-<br><br>BIOPURE CORPORATION, a Delaware Corporation,<br><br>                 Nominal Defendant. | CASE NO. 10177-NG |

**ASSENTED-TO MOTION TO EXTEND TIME TO
ANSWER, MOVE OR OTHERWISE RESPOND TO
PLAINTIFFS' DERIVATIVE ACTION COMPLAINT**

Defendants Thomas A. Moore, Carl W. Rausch, David N. Judelson, Charles A. Sanders, M.D., C. Everett Koop, M.D., Daniel P. Harrington, J. Richard Crout, M.D. and Nominal Defendant Biopure Corporation hereby move for an Order extending the time to answer, move or otherwise respond to Plaintiffs' Derivative Action Complaint.

In support of their motion, Defendants state that Counsel for Plaintiffs have assented to the extension of the deadline provided by the Fed. R. Civ. P. for response to the Derivative Action Complaint to and including April 15, 2004.

WHEREFORE, Defendants respectfully request that the Court enter an Order extending the time for Defendants to answer, move or otherwise respond to Plaintiffs' Derivative Action Complaint up to and including April, 15 2004.

**THOMAS A. MOORE, CARL W. RAUSCH, DAVID N. JUDELSON, CHARLES A. SANDERS, M.D., C. EVERETT KOOP, M.D., DANIEL P. HARRINGTON, J. RICHARD CROUT, M.D. AND BIOPURE CORPORATION,**

By their attorneys,

*/s/ Eunice E. Lee*
Robert A. Buhlman, BBO #554393
Eunice E. Lee, BBO #639856
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110
(617) 951-8000

Dated: March 8, 2004

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by regular mail, on March 8, 2004.

*/s/ Eunice E. Lee*
Eunice E. Lee

LITDOCS:540605.1

# BINGHAM McCUTCHEN

Eunice E. Lee
Direct Dial: 617.951.8926
E-Mail: Eunice.Lee@bingham.com

March 8, 2004

Bingham McCutchen LLP
150 Federal Street
Boston, MA
02110-1726

617.951.8000
617.951.8736 fax

bingham.com

Boston
Hartford
London
Los Angeles
New York
Orange County
San Francisco
Silicon Valley
Tokyo
Walnut Creek
Washington

**BY HAND**

Civil Clerk's Office
United States District Court
   for District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Re:   *Parrot v. Biopure Corporation, et al.*, C.A. No. 04-10177-NG

Dear Sir or Madam:

Enclosed for filing, please find an Assented-to Motion to Extend Time to Answer, Move, or Otherwise Respond to Plaintiffs' Derivative Action Complaint on behalf of Defendants Thomas A. Moore, Carl W. Rausch, David N. Judelson, Charles A. Sanders, M.D., C. Everett Koop, M.D., Daniel P. Harrington, J. Richard Crout, M.D. and Nominal Defendant Biopure Corporation.

Kindly date-stamp the enclosed copy of the above document and return it in the self-addressed stamped envelope.

Thank you for your attention to this matter.

Very truly yours,

Eunice E. Lee

Enclosures

cc:   Mary T. Sullivan, Esq.
      (w/encl.)

LITDOCS:540602.1