AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

District of    MASSACHUSETTS

JOHN PARROTT AND LAURIE PARROTT, Derivatively on Behalf of BIOPURE CORPORATION,

v.  Plaintiff,

THOMAS A. MOORE, CARL W. RAUSCH, DAVID N. JUDELSON, CHARLES A. SANDERS, MD, C. EVERETT KOOP, MD, DANIEL P. HARRINGTON and J. RICHARD CROUT, MD,

Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**04-10177 NG**

TO: (Name and address of Defendant)

Carl W. Rausch
Biopure Corporation
11 Hurley Street
Cambridge, MA  02141

SERVE AT:

Carl W. Rausch
7 Alexander Avenue
Belmont, MA  02478

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mary T. Sullivan
Segal Roitman & Coleman
11 Beacon Street, Suite 500
Boston, MA  02108
Telephone:  617-742-0208
Fax:  617-742-2187

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                    1-26-04

CLERK

(By) DEPUTY CLERK