UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN PARROTT AND LAURIE PARROTT, Derivatively on Behalf of BIOPURE CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS A. MOORE, CARL W. RAUSCH, DAVID N. JUDELSON, CHARLES A. SANDERS, M.D., C. EVERETT KOOP, M.D. DANIEL P. HARRINGTON, J. RICHARD CROUT, M.D., and BIOPURE CORPORATION,<br><br>Defendants.<br>-and-<br><br>BIOPURE CORPORATION, a Delaware Corporation,<br><br>Nominal Defendant. | CASE NO. 04-10177-NG |

(Additional caption continued on next page)

### DEFENDANTS' RESPONSE TO PLAINTIFFS' JOINT MOTION TO CONSOLIDATE RELATED ACTIONS, TO APPOINT LEAD COUNSEL AND TO ENTER PRETRIAL ORDER NO. 1

|  |  |
|---|---|
| RICH REINISCH, Derivatively on Behalf of BIOPURE CORPORATION,<br><br>         Plaintiff,<br><br>v.<br><br>THOMAS A. MOORE, CARL W. RAUSCH, DAVID N. JUDELSON, CHARLES A. SANDERS, M.D., C. EVERETT KOOP, M.D., DANIEL P. HARRINGTON and J. RICHARD CROUT, M.D.,<br><br>         Defendants,<br><br>-and-<br><br>BIOPURE CORPORATION, a Delaware Corporation,<br><br>         Nominal Defendant. | CASE NO. 04-10215-NG |

    Plaintiffs in the above two actions have filed a Joint Motion for (i) consolidation, (ii) approval of lead plaintiffs' selection of lead counsel, and (iii) entry of a proposed pretrial order. By way of information, Defendants, Thomas A. Moore, Carl W. Rausch, David N. Judelson, Charles A. Sanders, M.D., C. Everett Koop, M.D., Daniel P. Harrington, J. Richard Crout M.D. and Nominal Defendant Biopure Corporation, respond to Plaintiffs' Joint Motion as follows:

    1.  Defendants do not oppose the consolidation of the above-captioned two derivative actions.

    2.  Defendants take no position on the issue of the appropriate lead counsel.

    3.  Defendants agree to the schedule proposed by Plaintiffs in the submitted proposed Pretrial Order No. 1 of sixty (60) days from the entry of the Order for Plaintiffs to file an Amended Consolidated Derivative Complaint and sixty (60) days from the filing of the Amended Consolidated Derivative Complaint for Defendants to answer or otherwise respond to

the Amended Consolidated Derivative Complaint. Defendants reserve all legal defenses, including jurisdictional defenses.

4. In light of the fact that Defendants agree with the filing schedule proposed by Plaintiffs, Defendants respectfully submit that the suggested schedule should be entered and Plaintiffs should be directed to file an Amended Consolidated Derivative Complaint by May 21, 2004.

5. Defendants disagree, however, that any of the plaintiffs have met the requirements of Fed. R. Civ. P. 23.1. Defendants reserve the right to address that issue at the appropriate procedural juncture.

THOMAS A. MOORE, CARL W. RAUSCH, DAVID N. JUDELSON, CHARLES A. SANDERS, M.D., C. EVERETT KOOP, M.D., DANIEL P. HARRINGTON, J. RICHARD CROUT, M.D. AND BIOPURE CORPORATION

By their attorneys,

_/s/ Eunice E. Lee_
Robert A. Buhlman, BBO #554393
Eunice E. Lee, BBO #639856
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110
(617) 951-8000

Dated: March 19, 2004

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by regular mail, on March 19, 2004.

_/s/ Eunice E. Lee_
Eunice E. Lee

-3-