IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: BIOPURE CORPORATION | ) | MASTER DOCKET NO: 1:04-cv-10177-NG |
| DERIVATIVE LITIGATION | ) | JUDGE J. NANCY GERTNER |
| | ) | MAGISTRATE JUDGE ALEXANDER |

### STIPULATED PARTIAL SCHEDULING ORDER

Pursuant to agreement of the parties, the Court hereby **ORDERS** the following partial schedule:

1. Plaintiffs shall file an Amended Consolidated Complaint on or before July 14, 2004;

2. Defendants shall answer or otherwise respond to the Consolidated Amended Complaint on or before September 13, 2004;

3. In the event that Defendants file a Motion to Dismiss the Consolidated Amended Complaint; Plaintiffs shall file a response thereto on or before November 12, 2004;

4. Defendants may file a reply on or before December 13, 2004;

5. A hearing on Defendants' Motion to Dismiss the Consolidated Amended Complaint shall be set for _____ on _____, 2005.

Entered this ___ day of June, 2004.

_____
J. NANCY GERTNER
UNITED STATES DISTRICT JUDGE

**STIPULATED TO:**

1

/s/ Timothy L. Miles
**By:     Timothy L. Miles**

**DOUGLAS S. JOHNSTON, JR. (***pro hac vice***)**
**GEORGE E. BARRETT (***pro hac vice***)**
**TIMOTHY L. MILES (***pro hac vice***)**
BARRETT, JOHNSTON & PARSLEY
217 Second Avenue, North
Nashville, TN 37201
Telephone: 615/244-2202
djohnston@barrettjohnston.com
gbarrett@barrettjohnston.com
tmiles@barrettjohnston.com

**BRIAN J. ROBBINS**
**JEFFREY FINK**
ROBBINS UMEDA & FINK, LLP
1010 Second Avenue, Suite 2360
San Diego, CA 92101
Telephone: 619/525-3990

Plaintiffs' Co-Lead Counsel

**MARY T. SULLIVAN, BBO #487130**
SEGAL ROITMAN & COLEMAN
11 Beacon Street, Suite 500
Boston, MA 02108
Telephone: 617/742-0208

Plaintiffs' Liaison Counsel

**JAMES G. STRANCH**
BRANSTETTER, KILGORE, STRANCH &
 JENNINGS
227 Second Avenue North
Nashville, TN 37201
Telephone: 615/254-8801

Plaintiffs' Counsel

/s/ Eunice E. Lee
**By:    Eunice E. Lee**
      **(by Timothy L. Miles with permission)**

**ROBERT A. BUHLMAN, BBO #554393**
**EUNICE E. LEE, BBO #639856**
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110
Telephone: 617/951-8000

Counsel for Defendants