UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE BIOPURE CORPORATION<br>DERIVATIVE LITIGATION | )<br>)<br>)<br>)<br>)<br>) | Master Docket No. 1:04-cv-10177 (NG)<br><br>Assigned to Judge Nancy Gertner<br><br>Magistrate Judge Alexander |

### *ASSENTED-TO* MOTION FOR EXTENSION OF TIME

Pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7.1, Defendants respectfully request that this Honorable Court grant a two week extension of time (through and including September 27, 2004) within which the Defendants may answer or otherwise respond to the Consolidated Derivative Complaint in this action. As grounds for this motion, Defendants state as follows:

1. Plaintiff's counsel has assented to the relief sought by this motion.

2. This Court's Order of May 14, 2004 sets forth, among other things, that the Defendants must answer or otherwise respond to the Consolidated Derivative Complaint within 60 days after service thereof. The Consolidated Derivative Complaint was served on July 14, 2004, and accordingly, the Defendants would be required to answer or otherwise respond on September 13, 2004.

3. Due to the trial schedule of lead counsel for the Defendants, the Defendants require additional time to properly answer or otherwise respond to the Consolidated Derivative Complaint.

WHEREFORE, the Defendants respectfully request that they be permitted through and including September 27, 2004 to answer or otherwise respond to the Consolidated Derivative Complaint.

### Certification Pursuant To Local Rule 7.1(a)(2)

I hereby certify that counsel for the Defendants has conferred with co-lead counsel for the plaintiffs to attempt in good faith to resolve or narrow the issue presented by this motion, and co-lead counsel for the plaintiffs has assented to the relief herein sought.

/s/ Eunice E. Lee_____
Eunice E. Lee

Respectfully submitted,

**THOMAS A. MOORE, CARL W. RAUSCH, DAVID N. JUDELSON, CHARLES A. SANDERS, M.D., C. EVERETT KOOP, M.D., DANIEL P. HARRINGTON, J. RICHARD CROUT, M.D. AND BIOPURE CORPORATION**

By their attorneys,

/s/ Robert A. Buhlman_____
Robert A. Buhlman, BBO #554393
Eunice E. Lee, BBO #639856
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110
(617) 951-8000

Dated: September 7, 2004

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by regular mail, on September 7, 2004.

/s/ Eunice E. Lee_____
Eunice E. Lee