UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE BIOPURE CORPORATION<br>DERIVATIVE LITIGATION | )<br>)<br>)<br>)<br>)<br>) | Master Docket No. 1:04-cv-10177 (NG)<br><br>Assigned to Judge Nancy Gertner<br><br>Magistrate Judge Alexander |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), notice is hereby given of the appearance of Michael D. Blanchard of the law firm of Bingham McCutchen LLP, One State Street, Hartford, Connecticut, 06103, (860) 240-2700, as counsel for Defendants Biopure Corporation, Thomas A. Moore, Carl W. Rausch, David N. Judelson, Charles A. Sanders, C. Everett Koop, Daniel P. Harrington, J. Richard Crout and Jane Kober in the above-captioned matter.

Respectfully submitted,

/s/ Michael D. Blanchard
Michael D. Blanchard, BBO #636860
BINGHAM McCUTCHEN LLP
One State Street
Hartford, CT 06103
(860) 240-2700

Dated: September 27, 2004

**CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the above document was served upon the attorney of record for each party by regular mail, on September 27, 2004.

                                /s/ Michael D. Blanchard
                                Michael D. Blanchard