UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE BIOPURE CORPORATION ) <br> DERIVATIVE LITIGATION ) <br> ) <br> ) <br> ) | Master Docket No. 1:04-cv-10177 (NG) <br><br> Assigned to Judge Nancy Gertner <br><br> Magistrate Judge Alexander |

DEFENDANTS' UNOPPOSED MOTION
FOR LEAVE TO EXCEED PAGE LIMIT

Defendants Thomas A. Moore, Carl W. Rausch, David N. Judelson, Charles A. Sanders, M.D., C. Everett Koop, M.D., Daniel P. Harrington, J. Richard Crout, M.D., Jane Kober and nominal defendant Biopure Corporation ("Defendants") respectfully move, without opposition from the Plaintiffs, for leave to submit the accompanying 26 page Memorandum of Law in Support of Defendant's Motion to Dismiss the Verified Consolidated Amended Shareholder Derivative Complaint, in excess of the standing 20-page limit provided in Local Rule 7.1(B)(4).

As grounds for this Motion for Leave to Exceed Page Limit ("Motion"), Defendants state that the Memorandum of Law includes thorough analysis and citation to legal authority which will assist the Court in resolution of Defendants' Motion to Dismiss, and that might otherwise be compromised if confined to the 20-page limit.

The Plaintiffs do not oppose the relief sought by this Motion.

WHEREFORE, Defendants respectfully request leave to submit a Memorandum of Law in Support of their Motion to Dismiss the Verified Consolidated Amended Shareholder Derivative Complaint in excess of the 20-page limit.

        Respectfully submitted,

        **THOMAS A. MOORE, CARL W. RAUSCH, DAVID N. JUDELSON, CHARLES A. SANDERS, M.D., C. EVERETT KOOP, M.D., DANIEL P. HARRINGTON, J. RICHARD CROUT, M.D, JANE KOBER and BIOPURE CORPORATION**

        By its attorneys,

        /s/ Robert A. Buhlman
        Robert A. Buhlman, BBO #554393
        Eunice E. Lee, BBO #639856
        Michael D. Blanchard, BBO #636860
        BINGHAM McCUTCHEN LLP
        150 Federal Street
        Boston, MA 02110

Dated: September 27, 2004

## RULE 7.1(a)(2) CERTIFICATION

     I, Michael D. Blanchard, hereby certify that counsel for Defendants conferred with counsel for Plaintiffs in good faith to resolve or narrow the issues presented in this motion. Counsel for Plaintiffs does not oppose the relief sought by this motion.

        /s/ Michael D. Blanchard
        Michael D. Blanchard

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document was served upon the attorney of record for each party by regular mail, on September 27, 2004.

                                          /s/ Michael D. Blanchard
                                          Michael D. Blanchard