UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **IN RE BIOPURE CORPORATION**<br>**DERIVATIVE LITIGATION** | )<br>)<br>)<br>)<br>) | **Master Docket No. 1:04-cv-10177 (NG)**<br><br>Assigned to Judge Nancy Gertner<br><br>Magistrate Judge Alexander |

### LOCAL RULE 7.3(A) CORPORATE DISCLOSURE STATEMENT

Nominal Defendant Biopure Corporation, pursuant to Local Rule 7.3(A), hereby states that there is no corporation that is a parent corporation of Biopure Corporation nor does any publicly-held corporation own 10 percent or more of its stock.

Respectfully submitted,

**THOMAS A. MOORE, CARL W. RAUSCH, DAVID N. JUDELSON, CHARLES A. SANDERS, M.D., C. EVERETT KOOP, M.D., DANIEL P. HARRINGTON, J. RICHARD CROUT, M.D., JANE KOBER and BIOPURE CORPORATION**

By its attorneys,

/s/ Robert A. Buhlman
Robert A. Buhlman, BBO #554393
Eunice E. Lee, BBO #639856
Michael D. Blanchard, BBO #636860
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110

Dated: September 27, 2004

**CERTIFICATE OF SERVICE**

     I hereby certify that a true copy of the above document was served upon the attorney of record for each party by regular mail, on September 27, 2004.

                                               /s/ Michael D. Blanchard
                                               Michael D. Blanchard