UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE BIOPURE CORPORATION DERIVATIVE LITIGATION | ) ) ) ) ) | Master Docket No. 1:04-cv-10177 (NG)  Assigned to Judge Nancy Gertner  Magistrate Judge Alexander |

**REQUEST FOR ORAL ARGUMENT**

**DEFENDANTS' MOTION TO DISMISS THE VERIFIED
CONSOLIDATED AMENDED SHAREHOLDER DERIVATIVE COMPLAINT**

Defendants Thomas A. Moore, Carl W. Rausch, David N. Judelson, Charles A. Sanders, M.D., C. Everett Koop, M.D., Daniel P. Harrington, J. Richard Crout, M.D., Jane Kober and Biopure Corporation ("Defendants") hereby move to dismiss the Verified Consolidated Amended Shareholder Derivative Complaint pursuant to Fed. R. Civ. P. 9(b), 12(b)(6), and 23.1. In support of their motion, Defendants refer the Court to their memorandum of law submitted herewith.

**WHEREFORE**, Defendants request that their Motion to Dismiss the Verified Consolidated Amended Shareholder Derivative Complaint be allowed and that the Plaintiffs' Verified Consolidated Amended Shareholder Derivative Complaint be dismissed in its entirety, with prejudice.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), Defendants request that this motion be set down for oral argument.

Respectfully submitted,

**THOMAS A. MOORE, CARL W. RAUSCH, DAVID N. JUDELSON, CHARLES A. SANDERS, M.D., C. EVERETT KOOP, M.D., DANIEL P. HARRINGTON, J. RICHARD CROUT, M.D., JANE KOBER and BIOPURE CORPORATION**

By its attorneys,

/s/ Robert A. Buhlman
Robert A. Buhlman, BBO #554393
Eunice E. Lee, BBO #639856
Michael D. Blanchard, BBO #636860
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110

Dated: September 27, 2004

## RULE 7.1(a)(2) CERTIFICATION

I, Michael D. Blanchard, hereby certify that counsel for Defendants conferred with counsel for Plaintiffs in good faith to resolve or narrow the issues presented in this motion.

/s/ Michael D. Blanchard
Michael D. Blanchard

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the above document was served upon the attorney of record for each party by regular mail, on September 27, 2004.

/s/ Michael D. Blanchard
Michael D. Blanchard