UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **IN RE BIOPURE CORPORATION** | ) | Master Docket No. 1:04-cv-10177-NG |
| **DERIVATIVE LITIGATION** | ) | (Consolidated Derivative Action) |
| | ) | |
| | ) | Assigned to: Judge J. Nancy Gertner |
| | ) | |
| _____ | ) | Magistrate Judge Alexander |

**PLAINTIFFS' UNOPPOSED MOTION
FOR LEAVE TO EXCEED PAGE LIMIT**

Plaintiffs respectively move the Court, without opposition from the Defendants, for leave to submit the accompanying 35 page Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Verified Consolidated Shareholder Derivative Complaint ("Opposition") in excess of the standing 20-page limit provided in Local Rule 7.1(B)(4).

As grounds for this Motion, Plaintiffs respectively submit that the Opposition includes a thorough analysis and citation to legal authority which will assist the Court in resolving the Defendants' Motion to Dismiss that might otherwise be compromised if confined to the 20-page limit. The Defendants do not oppose the relief sought by this Motion.

Therefore, Plaintiffs respectively request leave to submit their Opposition in excess of the 20-page limit.

DATED: November 12, 2004.                    Respectfully submitted,


/s/ Timothy L. Miles
By:    Timothy L. Miles

Douglas S. Johnston, Jr. (*pro hac vice*)
George E. Barrett (*pro hac vice*)
Timothy L. Miles (*pro hac vice*)
BARRETT, JOHNSTON & PARSLEY
217 Second Avenue, North
Nashville, TN 37201
Telephone: 615/244-2202
Facsimile: 615/252-3798
djohnston@barrettjohnston.com
gbarrett@barrettjohnston.com
tmiles@barrettjohnston.com

Brian J. Robbins
Jeffrey P. Fink (*pro hac vice*)
ROBBINS UMEDA & FINK, LLP
1010 Second Avenue, Suite 2360
San Diego, CA 92101
Telephone: 619/525-3990
Facsimile: 619/525-3991
robbins@ruflaw.com
fink@ruflaw.com

Plaintiffs' Co-Lead Counsel

Mary T. Sullivan, BBO #487130
SEGAL ROITMAN & COLEMAN
11 Beacon Street, Suite 500
Boston, MA 02108
Telephone: 617/742-0208
Facsimile: 617/742-2187

Plaintiffs' Liaison Counsel

>James G. Stranch
>BRANSTETTER, KILGORE, STRANCH & JENNINGS
>227 Second Avenue North
>Nashville, TN 37201
>Telephone: 615/254-8801
>Facsimile: 615/255-5419
>
>Plaintiffs' Counsel

### RULE 7.1(a)(2) CERTIFICATION

I, Timothy L. Miles, hereby certify that counsel for the Plaintiffs conferred with counsel for Defendants in good faith to resolve or narrow the issues presented in this motion. Counsel for Defendants do not oppose the relief sought by this motion.

>/s/ Timothy L. Miles
>Timothy L. Miles

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by regular mail on November 12, 2004.

>/s/ Timothy L. Miles
>Timothy L. Miles

Case 1:04-cv-10177-NG    Document 24    Filed 11/12/2004    Page 4 of 4