UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| _____ ) <br> IN RE BIOPURE CORPORATION ) <br> DERIVATIVE LITIGATION ) <br> _____) | Master Docket No. 1:04-cv-10177 NG |

### NOTICE OF CHANGE OF ADDRESS

TO:   THE CLERK OF THE COURT AND ALL PARTIES

PLEASE TAKE NOTICE that as of December 10, 2004, the law firm of Robbins, Umeda & Fink, LLP will change its address from 1010 Second Avenue, Suite 2360, San Diego, CA 92101 to:

>ROBBINS UMEDA & FINK, LLP
>610 West Ash Street
>Suite 1800
>San Diego, CA  92101-3350

The telephone and facsimile numbers will remain the same.  Please revise your records accordingly.

Dated:  December 7, 2004

>Liaison counsel for Plaintiffs,
>
>
>/s/ Mary T. Sullivan
>Mary T. Sullivan, BBO #487130
>SEGAL, ROITMAN & COLEMAN
>11 Beacon Street, Suite 500
>Boston, MA  02108
>Telephone:  617-742-0208
>Facsimile:  617-742-2187
>
>Brian J. Robbins
>Jeffrey P. Fink
>ROBBINS, UMEDA & FINK LLP

610 West Ash Street
Suite 1800
San Diego, CA  92101-3350
Telephone:  619-525-3990
Facsimile:  619-525-3991

Co-Lead Counsel for Plaintiffs

George E. Barrett
Douglas S. Johnston, Jr.
Timothy L. Miles
BARRETT, JOHNSTON & PARSLEY
217 Second Avenue, North
Nashville, TN  37201
Telephone:  615-244-2202
Facsimile:  615-252-3798