# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **IN RE BIOPURE CORPORATION** | ) | **Master Docket No. 1:04-cv-10177 (NG)** |
| **DERIVATIVE LITIGATION** | ) | |
| | ) | |
| | ) | **Assigned to Judge Nancy Gertner** |
| | ) | |
| _____ | ) | **Magistrate Judge Alexander** |

### *ASSENTED-TO* MOTION FOR EXTENSION
### OF TIME TO FILE REPLY BRIEF

Pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7.1, Defendants respectfully request that this Honorable Court grant a one week extension of time (through and including December 20, 2004) within which the Defendants may file their Reply Memorandum of Law In Further Support Of Their Motion To Dismiss The Consolidated Amended Class Action Complaint in this action. As grounds for this motion, Defendants state as follows:

1.  Plaintiff's counsel has assented to the relief sought by this motion.

2.  Currently, the Defendants must file their Reply Memorandum of Law In Further Support Of Their Motion To Dismiss The Consolidated Amended Class Action Complaint on or before December 13, 2004.

3.  Due to intervening trial schedules of lead counsel for the Defendants and holidays, the Defendants require additional time to properly reply to the Plaintiffs' Opposition to the Defendants' Motion To Dismiss The Consolidated Amended Class Action Complaint.

4.  Oral argument has not yet been scheduled on the Defendants' Motion To Dismiss The Consolidated Amended Class Action Complaint.

WHEREFORE, the Defendants respectfully request that they be permitted through and including December 20, 2004 to file their Reply Memorandum of Law In Further Support Of Their Motion To Dismiss The Consolidated Amended Class Action Complaint.

CTDOCS/1612611.1

December 13, 2004

Respectfully submitted,

**THOMAS A. MOORE, CARL W. RAUSCH,
DAVID N. JUDELSON, CHARLES A.
SANDERS, M.D., C. EVERETT KOOP, M.D.,
DANIEL P. HARRINGTON, J. RICHARD
CROUT, M.D, JANE KOBER. AND BIOPURE
CORPORATION**

By their attorneys,


/s/ Michael D. Blanchard
Robert A. Buhlman, BBO #554393
Eunice E. Lee, BBO #639856
Michael D. Blanchard, BBO#636860
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110
(617) 951-8000

## RULE 7.1(a)(2) CERTIFICATION

I hereby certify that counsel for Defendants conferred with counsel for Plaintiffs in good faith to resolve or narrow the issues presented in this motion, and the Plaintiffs have assented to the relief sought herein.

/s/ Michael D. Blanchard
Michael D. Blanchard


## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above pleading was electronically served upon the attorneys of record for all parties on December 13, 2004.


/s/ Michael D. Blanchard
Michael D. Blanchard