UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE BIOPURE CORPORATION** ) | **Master Docket No. 1:04-cv-10177-NG** |
| **DERIVATIVE LITIGATION** ) | **(Consolidated Derivative Action)** |
| ) | |
| ) | **Assigned to: Judge J. Nancy Gertner** |
| ) | |
| _____ ) | **Magistrate Judge Alexander** |

## PLAINTIFFS' MOTION FOR LEAVE TO AMEND

Pursuant to Fed. R. Civ. P. 15(a), Plaintiffs move the Court for an order allowing them to amend their pleadings and to file their Second Amended Shareholder Derivative Complaint for Breach of Fiduciary Duties, Abuse of Control, Gross Mismanagement, Waste of Corporate Assets, Unjust Enrichment and for Breach of Fiduciary Duties for Insider Selling and Misappropriation of Information ("Second Amended Complaint'). The Second Amended Complaint which Plaintiffs seek leave to file is attached as Exhibit A to the Memorandum of Law submitted contemporaneously herewith.

The proposed additions and refinements to the prior complaint concern new facts discovered by Plaintiffs after a civil lawsuit filed in this District by the Securities and Exchange Commission against Biopure Corporation ("Biopure" or the "Company") and certain of its current and former officers/director. The majority of the new additions provide further detail and specificity to the allegations contained in the previous complaint. This recently uncovered information strengthens Plaintiffs' claims that Biopure's Board of Directors ("Board") and certain of its current and/or former officers breached their fiduciary duties and committed other violations of law. The new information also narrows the breadth of litigation by using more specific allegations and clearly demonstrates

that any demand on the Biopure Board to bring this action would have been a futile and useless act and thus not required.

The Second Amended Complaint adds additional and specific detailed information of exactly how and when the defendants received negative material information from the U.S. Food and Drug Administration ("FDA") concerning Hemopure® which was continuously withheld from the investing public while defendants issued numerous false and misleading financial statements and press releases without disclosing this material information. These particularized allegations are set forth in the Second Amended Complaint in paragraphs 35 through 108 and are summarized in the accompanying Memorandum of Law.

The motion is supported by Rule 15(a) of the Federal Rules of Civil Procedure and the Memorandum of Law in Support of this motion submitted contemporaneously herewith.

DATED: October 12, 2005.                    Respectfully submitted,

/s/ Timothy L. Miles
By:    Timothy L. Miles

Douglas S. Johnston, Jr. (*pro hac vice*)
George E. Barrett (*pro hac vice*)
Timothy L. Miles (*pro hac vice*)
BARRETT, JOHNSTON & PARSLEY
217 Second Avenue, North
Nashville, TN 37201
Telephone: 615/244-2202
Facsimile: 615/252-3798
djohnston@barrettjohnston.com
gbarrett@barrettjohnston.com
tmiles@barrettjohnston.com

Brian J. Robbins
Jeffrey P. Fink
ROBBINS UMEDA & FINK, LLP
1010 Second Avenue, Suite 2360
San Diego, CA 92101
Telephone: 619/525-3990

Facsimile: 619/525-3991

Plaintiffs' Co-Lead Counsel

Mary T. Sullivan, BBO #487130
SEGAL ROITMAN & COLEMAN
11 Beacon Street, Suite 500
Boston, MA 02108
Telephone: 617/742-0208
Facsimile: 617/742-2187

Plaintiffs' Liaison Counsel

James G. Stranch
BRANSTETTER, KILGORE, STRANCH & JENNINGS
227 Second Avenue North
Nashville, TN 37201
Telephone: 615/254-8801
Facsimile: 615/255-5419

Plaintiffs' Counsel

## RULE 7.1(a)(2) CERTIFICATION

I, Timothy L. Miles, hereby certify that counsel for the Plaintiffs conferred with counsel for Defendants in good faith to resolve or narrow the issues presented in this motion. Counsel for Defendants oppose the relief sought by this motion.

/s/ Timothy L. Miles
Timothy L. Miles

## CERTIFICATE OF SERVICE

I hereby certify a true and exact copy of the foregoing has been served on all Filing Users through the Court's Electronic Filing System on this the 12th day of October, 2005.

/s/ Timothy L. Miles
Timothy L. Miles

F:\GEORGE\Biopure\Motion to Amend.doc