UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **IN RE BIOPURE CORPORATION** | ) | **Master Docket No. 1:04-cv-10177 (NG)** |
| **DERIVATIVE LITIGATION** | ) | |
| | ) | |
| | ) | Assigned to Judge Nancy Gertner |
| | ) | |
| | ) | Magistrate Judge Alexander |

### *ASSENTED-TO* MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION BRIEF

Pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7.1, Defendants respectfully request that this Honorable Court grant a thirty (30) day extension of time (through and including November 25, 2005) within which the Defendants may file their Memorandum of Law In Opposition To Plaintiff's Motion To Amend The Consolidated Amended Shareholder Derivative Complaint ("Opposition") in this action. As grounds for this motion, Defendants state as follows:

1. Plaintiff's counsel has assented to the relief sought by this motion.

2. Currently, the Defendants must file their Opposition on or before October 26, 2005.

3. The Defendants require additional time to properly address the Plaintiffs' motion.

WHEREFORE, the Defendants respectfully request that they be permitted through and including November 25, 2005 to file their Opposition.

October 24, 2005

                                                          Respectfully submitted,

                                                          **THOMAS A. MOORE, CARL W. RAUSCH, DAVID N. JUDELSON, CHARLES A. SANDERS, M.D., C. EVERETT KOOP, M.D., DANIEL P. HARRINGTON, J. RICHARD CROUT, M.D, JANE KOBER. AND BIOPURE CORPORATION**

                                                          By their attorneys,

/s/ Michael D. Blanchard
Robert A. Buhlman, BBO #554393
Michael D. Blanchard, BBO#636860
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110
(617) 951-8000

## RULE 7.1(a)(2) CERTIFICATION

I hereby certify that counsel for Defendants conferred with counsel for Plaintiffs in good faith to resolve or narrow the issues presented in this motion, and the Plaintiffs have assented to the relief sought herein.

/s/ Michael D. Blanchard
Michael D. Blanchard

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above pleading was electronically served upon the attorneys of record for all parties on October 24, 2005.

/s/ Michael D. Blanchard
Michael D. Blanchard