UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE BIOPURE CORPORATION<br>DERIVATIVE LITIGATION | )<br>)<br>)<br>)<br>)<br>) | Master Docket No. 1:04-cv-10177-NG<br>(Consolidated Derivative Action)<br><br>Assigned to: Judge J. Nancy Gertner<br><br>Magistrate Judge Alexander |

**PLAINTIFFS' UNOPPOSED MOTION TO FILE REPLY MEMORANDUM
IN SUPPORT OF THEIR MOTION FOR LEAVE TO AMEND**

Plaintiffs respectfully move the Court, without opposition from the Defendants, for leave to submit a Reply Memorandum in Support of Their Motion for Leave to Amend ("Reply"). As grounds for this Motion, Plaintiffs respectfully submit that the Reply includes a through analysis and citation to legal authority which will assist the Court in resolving their Motion for Leave to Amend that might otherwise be compromised absent permission to file the Reply.

The Defendants do not oppose the relief sought by this Motion.

Therefore, Plaintiffs respectfully request leave to submit their Reply.

DATED: December 28, 2005.   Respectfully submitted,

/s/ Timothy L. Miles
By:   Timothy L. Miles

Douglas S. Johnston, Jr. (*pro hac vice*)
George E. Barrett (*pro hac vice*)
Timothy L. Miles (*pro hac vice*)
BARRETT, JOHNSTON & PARSLEY
217 Second Avenue, North
Nashville, TN 37201
Telephone: 615/244-2202
Facsimile: 615/252-3798
djohnston@barrettjohnston.com

gbarrett@barrettjohnston.com
tmiles@barrettjohnston.com

Brian J. Robbins
Jeffrey P. Fink
ROBBINS UMEDA & FINK, LLP
1010 Second Avenue, Suite 2360
San Diego, CA 92101
Telephone: 619/525-3990
Facsimile: 619/525-3991

Plaintiffs' Co-Lead Counsel

Mary T. Sullivan, BBO #487130
SEGAL ROITMAN & COLEMAN
11 Beacon Street, Suite 500
Boston, MA 02108
Telephone: 617/742-0208
Facsimile: 617/742-2187

Plaintiffs' Liaison Counsel

James G. Stranch
BRANSTETTER, KILGORE, STRANCH &
JENNINGS
227 Second Avenue North
Nashville, TN 37201
Telephone: 615/254-8801
Facsimile: 615/255-5419

Plaintiffs' Counsel

## RULE 7.1(a)(2) CERTIFICATION

I, Timothy L. Miles, hereby certify that counsel for the Plaintiffs conferred with counsel for Defendants in good faith to resolve or narrow the issues presented in this motion. Counsel for Defendants do not oppose the relief sought by this motion.

/s/ Timothy L. Miles
Timothy L. Miles

**CERTIFICATE OF SERVICE**

    I hereby certify a true and exact copy of the foregoing has been served on all Filing Users through the Court's Electronic Filing System on this the 28th day of December, 2005.

                            /s/ Timothy L. Miles
                            Timothy L. Miles