# BARRETT, JOHNSTON & PARSLEY
## LAW OFFICES

GEORGE E. BARRETT
DOUGLAS S. JOHNSTON, JR.*
D. SCOTT PARSLEY
EDMUND L. CAREY, JR.
JOSHUA G. STRICKLAND
TIMOTHY L. MILES
GERALD E. MARTIN
MICHAEL K. PARSLEY

Of Counsel
JAMES BRYAN LEWIS

217 SECOND AVENUE NORTH
NASHVILLE, TENNESSEE 37201
TELEPHONE: 615-244-2202
FAX NUMBER: 615-252-3798

Writer's email:

tmiles@barrettjohnston.com

December 23, 2005

**VIA ELECTRONIC AND U.S. MAIL**
Robert A. Bullman
Michael Blanchard
Lawrence Stanley
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110

Re: *In re Biopure Corporation Derivative Litigation,* **Master Docket No. 1:04-CV-10177 (NG)**

Dear Counsel:

We write to apologize for our failure to comply with local Rule 15.1(B) when adding Mr. Richman as a defendant in the Proposed Second Amended Complaint by not serving the motion upon him prior to its filing. The oversight was certainly not intentional. Our understanding of the local rule is that its purpose is to provide that an unrepresented party will not be prejudiced by having to retain counsel and respond to the motion within the time period prescribed in the local and/or federal rules. Given that it was our understanding Mr. Richman was represented by counsel in two other parallel actions, specifically, the action brought by the Securities and Exchange Commission and the federal securities fraud action, we do not believe the failure to serve Mr. Richman was prejudicial especially given your representation of him as well as the other defendants in this action. In fact, as you are aware, we agreed to a thirty-day extension for defendants to file their opposition to the motion to amend.

Nevertheless, we are prepared to give Mr. Richman and any other defendant any additional extensions needed to respond or answer the Proposed Second Amended Complaint should the Court grant the motion and other extensions that any defendant including Mr. Richman may need.

---
\* Certified Civil Trial Specialists by the Tennessee Commission on Continuing Legal Education & Specialization; and, Certified in Civil Trial Advocacy by the National Board of Trial Advocacy.

Robert A. Bullman
Michael Blanchard
Lawrence Stanley
December 23, 2005
Page 2

      Again, we apologize for our oversight and look forward to extending Mr. Richman any further courtesy he or any other Defendant may need.

Sincerely,

TIMOTHY L. MILES

TLM/lm
cc:    Mary T. Sullivan (via email)
        Jeffrey P. Fink (via email)

F:\GEORGE\Biopure\ltr to bullman 121605.doc