UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE BIOPURE CORPORATION<br>DERIVATIVE LITIGATION | )<br>)<br>)<br>)<br>)<br>) | Master Docket No. 1:04-cv-10177 (NG)<br><br>Assigned to Judge Nancy Gertner<br><br>Magistrate Judge Alexander |

NOTICE OF WITHDRAWAL OF
<u>EUNICE E. LEE AS COUNSEL FOR DEFENDANTS</u>

Please take notice that Eunice E. Lee is hereby withdrawn as counsel of record for Defendants in the above captioned case. Robert A. Buhlman and Michael D. Blanchard of Bingham McCutchen continue in their capacity as counsel for Defendants.

Dated:  January 13, 2006                   Respectfully submitted,
         Boston, Massachusetts


                                           /s/ Michael D. Blanchard
                                           Robert A. Buhlman, BBO #554393
                                           Michael D. Blanchard, BBO#636860
                                           BINGHAM McCUTCHEN LLP
                                           150 Federal Street
                                           Boston, MA 02110
                                           (617) 951-8000

## CERTIFICATE OF SERVICE

     I hereby certify that a true copy of the above document was electronically served upon the attorney of record for each party on January 13, 2006.

                                            /s/ Michael D. Blanchard
                                            Michael D. Blanchard