UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **IN RE BIOPURE CORPORATION**<br>**DERIVATIVE LITIGATION** | )<br>)<br>)<br>)<br>)<br>) | Master Docket No. 1:04-cv-10177-NG<br>(Consolidated Derivative Action)<br><br>Assigned to: Judge J. Nancy Gertner<br><br>Magistrate Judge Alexander |

## NOTICE OF FILING

Plaintiffs hereby give notice of the filing of *McSparran v. Larson*, No. 04 C 0041, 2006 WL 250698 (N.D. Ill. Jan. 27, 2006), attached hereto as Exhibit A, which was inadvertently not filed as Exhibit A to Plaintiffs' Unopposed Motion for Leave to Cite Supplemental Authority (Docket Entry No. 37).

DATED: February 14, 2006.              Respectfully submitted,

                                                  s/ Jeffrey P. Fink
                                        By: Jeffrey P. Fink

Brian J. Robbins
Jeffrey P. Fink (*pro hac vice*)
ROBBINS UMEDA & FINK, LLP
610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: 619/525-3990
Facsimile: 619/525-3991
brobbins@ruflaw.com
jfink@ruflaw.com

Douglas S. Johnston, Jr. (*pro hac vice*)
George E. Barrett (*pro hac vice*)
Timothy L. Miles (*pro hac vice*)
BARRETT, JOHNSTON & PARSLEY
217 Second Avenue, North
Nashville, TN 37201
Telephone: 615/244-2202
Facsimile: 615/252-3798
djohnston@barrettjohnston.com

1

gbarrett@barrettjohnston.com
tmiles@barrettjohnston.com

Plaintiffs' Co Lead Counsel

Mary T. Sullivan, BBO #487130
SEGAL ROITMAN & COLEMAN
11 Beacon Street, Suite 500
Boston, MA 02108
Telephone: 617/742-0208
Facsimile:  617/742-2187

Plaintiffs' Liaison Counsel

James G. Stranch
BRANSTETTER, KILGORE, STRANCH & JENNINGS
227 Second Avenue North
Nashville, TN 37201
Telephone: 615/254-8801
Facsimile: 615/255-5419

Plaintiffs' Counsel

## CERTIFICATE OF SERVICE

I hereby certify a true and exact copy of the foregoing has been served on all Filing Users through the Court's Electronic Filing System on this the February 14, 2006.


/s/ Jeffrey P. Fink
Jeffrey P. Fink