UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                    )
IN RE BIOPURE CORPORATION            )          CIVIL ACTION NO. 04-CV-10177-NG
DERIVATIVE LITIGATION                     )
_____)

## ENTRY OF APPEARANCE

In connection with the above captioned action, please enter my appearance as counsel for

Howard Richman:

Mary Patricia Cormier (B.B.O. No. 635756)

EDWARDS ANGELL PALMER & DODGE, LLP
111 Huntington Avenue
Boston, MA 02199
Tel.:  (617) 239-0100
Fax:  (617) 227-4420

By his attorneys

Dated:  March 30, 2006                          /s/ Mary Patricia Cormier
                                                           John D. Hughes (B.B.O. No. 243660)
                                                           Mary Patricia Cormier (B.B.O. No. 635756)
                                                           EDWARDS ANGELL PALMER &
                                                           DODGE, LLP
                                                           111 Huntington Avenue
                                                           Boston, MA 02199
                                                           Tel.:  (617) 239-0100
                                                           Fax:  (617) 227-4420