## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE BIOPURE CORPORATION DERIVATIVE LITIGATION | ) ) ) ) ) ) ) | Master Docket No. 1:04-cv-10177 (NG)<br><br>Assigned to Judge Nancy Gertner<br><br>Magistrate Judge Alexander |

### NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), notice is hereby given of the appearance of Donald J. Savery of the law firm of Bingham McCutchen LLP, 150 Federal Street, Boston, MA 02110, as counsel for Defendants Biopure Corporation, Thomas A. Moore, Carl W. Rausch, David N. Judelson, Charles A. Sanders, C. Everett Koop, Daniel P. Harrington, J. Richard Crout and Jane Kober in the above-captioned matter.

        Respectfully submitted,

        /s/ Donald J. Savery
        Robert A. Buhlman, BBO #554293
        Donald J. Savery, BBO #564975
        Michael D. Blanchard, BBO #636860
        **BINGHAM MCCUTCHEN LLP**
        150 Federal Street
        Boston, MA  02110-1726
        (617) 951-8000
        donald.savery@bingham.com

Dated:  April 5, 2006

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the above document was electronically served upon the attorney of record for each party on April 5, 2006.

                                            /s/ Donald J. Savery
                                            Donald J. Savery

LITDOCS/636625.1