UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
IN RE BIOPURE CORPORATION           )    CIVIL ACTION NO. 04-CV-10177-NG
DERIVATIVE LITIGATION               )
_____)

**MOTION FOR ADMISSION *PRO HAC VICE* OF CATHY A. FLEMING
FOR DEFENDANT, HOWARD RICHMAN**

Pursuant to Local Rule 85.5.3, Mary Patricia Cormier, counsel for defendant Howard Richman, moves that the Court grant attorney Cathy A. Fleming, Edwards Angell Palmer & Dodge LLP, primarily resident in its New York office at 750 Lexington Avenue, New York, New York, 10022, leave to practice in this Court for the purposes of this case. In support of this Motion, Mary Patricia Cormier states:

1. I am a member of good standing of the Bars of the Commonwealth of Massachusetts, the United States District Court for the District of Massachusetts and the First Circuit Court of Appeals. I have filed my appearance in this action as attorney for Howard Richman pursuant to Local Rule 83.5.2(a).

2. The certificate of Cathy A. Fleming attesting that (1) she is a member of the bar in good standing in every jurisdiction where she has been admitted to practice; (2) there are no disciplinary proceedings pending against her as a member of the bar in any jurisdiction; and (3) she is familiar with the Local Rules of the United States District Court for the District of Massachusetts, is filed herewith.

- 2 -

WHEREFORE, Mary Patricia Cormier requests that this Court allow attorney Cathy A. Fleming leave to appear in this action *pro hac vice* as counsel for Howard Richman.

                                        HOWARD RICHMAN
                                        By his attorneys,

Dated:  April 6, 2006                /s/ Mary Patricia Cormier
                                        John D. Hughes BBO # 243660
                                        Mary Patricia Cormier BBO # 635756
                                        EDWARDS ANGELL PALMER & DODGE LLP
                                        111 Huntington Avenue
                                        Boston, Massachusetts 02199
                                        (617) 239-0100