UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
IN RE BIOPURE CORPORATION           )   CIVIL ACTION NO. 04-CV-10177-NG
DERIVATIVE LITIGATION               )
_____)

**ENTRY OF APPEARANCE**

In connection with the above captioned action, please enter my appearance as counsel for Howard Richman:

        John D. Hughes (B.B.O. No. 243660)

        EDWARDS ANGELL PALMER & DODGE, LLP
        111 Huntington Avenue
        Boston, MA 02199
        Tel.: (617) 239-0100
        Fax: (617) 227-4420

        By his attorneys

Dated: April 6, 2006        /s/ John D. Hughes
        John D. Hughes (B.B.O. No. 243660)
        Mary Patricia Cormier (B.B.O. No. 635756)
        EDWARDS ANGELL PALMER &
        DODGE, LLP
        111 Huntington Avenue
        Boston, MA 02199
        Tel.: (617) 239-0100
        Fax: (617) 227-4420