UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE BIOPURE CORPORATION DERIVATIVE LITIGATION | ) ) ) ) ) ) | Master Docket No. 1:04-cv-10177 (NG)<br><br>Assigned to Judge Nancy Gertner<br><br>Magistrate Judge Alexander |

### ASSENTED-TO MOTION FOR EXTENSION OF TIME

Defendants, Thomas A. Moore, Carl W. Rausch, David N. Judelson, Charles A. Sanders, M.D., C. Everett Koop, M.D., Daniel P. Harrington, J. Richard Crout, M.D., Jane Kober, Howard Richman, and Nominal Defendant Biopure Corporation (collectively, the "Defendants") hereby move the Court to extend the time in which Defendants must respond to the Second Amended Verified Derivative Complaint to and including April 28, 2006. As grounds for this motion, Defendants state as follows:

1. On March 28, 2006, the Court denied Defendants' Motion to Dismiss the First Amended Verified Complaint and granted Plaintiffs' Motion to Amend.

2. On March 30, 2006, Plaintiffs filed the Second Amended Verified Derivative Complaint.

3. Defendants' response to the Second Amended Verified Derivative Complaint is due on or about April 13, 2006. Defendants request that deadline for response be extended to and including April 28, 2006.

4. Plaintiffs, by their counsel, have assented to this motion.

WHEREFORE, Defendants respectfully request that the deadline for response to the Second Amended Verified Derivative Complaint be extended to and including April 28, 2006.

Respectfully submitted,

**THOMAS A. MOORE, CARL W. RAUSCH, DAVID N. JUDELSON, CHARLES A. SANDERS, M.D., C. EVERETT KOOP, M.D., DANIEL P. HARRINGTON, J. RICHARD CROUT, M.D., JANE KOBER, HOWARD RICHMAN AND BIOPURE CORPORATION**

By their attorneys,

/s/ Lawrence T. Stanley, Jr.
Robert A. Buhlman, BBO #554393
Michael D. Blanchard, BBO#636860
Lawrence T. Stanley, Jr. BBO # 657381
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110
(617) 951-8000

Dated: April 11, 2006

-2-

## RULE 7.1(A)(2) CERTIFICATION

  I hereby certify that counsel for Defendants conferred with counsel for Plaintiffs in good faith to resolve or narrow the issues presented in this Motion. Counsel for Plaintiffs assented to the relief sought by this Motion.

                /s/ Lawrence T. Stanley, Jr.
                Lawrence T. Stanley, Jr.

## CERTIFICATE OF SERVICE

  I hereby certify that a true copy of the above document was electronically served upon the attorney of record for each party on April 11, 2006.

                /s/ Lawrence T. Stanley, Jr.
                Lawrence T. Stanley, Jr.