UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **IN RE BIOPURE CORPORATION** | ) | **Master Docket No. 1:04-cv-10177 (NG)** |
| **DERIVATIVE LITIGATION** | ) | |
| | ) | |
| | ) | **Assigned to Judge Nancy Gertner** |
| | ) | |
| | ) | **Magistrate Judge Alexander** |

**DEFENDANTS' MOTION FOR RECONSIDERATION OR, IN THE ALTERNATIVE, CERTIFICATION OF ISSUES FOR INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292**

Defendants Thomas A. Moore, Carl W. Rausch, David N. Judelson, Charles A. Sanders, M.D., C. Everett Koop, M.D., Daniel P. Harrington, J. Richard Crout, M.D., Jane Kober, Howard Richman and Biopure Corporation ("Defendants") respectfully move this Court to either reconsider its March 28, 2006 order, ("Order") insofar as it denies Defendants' motion to dismiss and grants the Plaintiffs' motion for leave to amend, or amend the Order and certify it for interlocutory appeal pursuant to 28 U.S.C. § 1292(b). In support of their motion, Defendants refer the Court to their memorandum of law submitted herewith.

**WHEREFORE**, Defendants respectfully request that the Court grant this Motion for Reconsideration and grant Defendants' Motion to Dismiss, or amend the Order and certify it for interlocutory appeal pursuant to 28 U.S.C. § 1292(b).

**REQUEST FOR ORAL ARGUMENT**

Defendants, believing that oral argument may assist the Court and wishing to be heard through its counsel, respectfully requests oral argument on this Motion for Reconsideration pursuant to Local Rule 7.1(D).

Respectfully submitted,

**THOMAS A. MOORE, CARL W. RAUSCH, DAVID N. JUDELSON, CHARLES A. SANDERS, M.D., C. EVERETT KOOP, M.D., DANIEL P. HARRINGTON, J. RICHARD CROUT, M.D, JANE KOBER, HOWARD RICHMAN AND BIOPURE CORPORATION**

By their attorneys,

/s/ Michael D. Blanchard
Robert A. Buhlman, BBO #554393
Donald J. Savery, BBO #564975
Michael D. Blanchard, BBO #636860
Lawrence T. Stanley, Jr. BBO # 657381
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110
Dated: April 13, 2006            (617) 951-8000

## RULE 7.1(a)(2) CERTIFICATION

I hereby certify that counsel for Defendants conferred with counsel for Plaintiffs in good faith to resolve or narrow the issues presented in this motion.

/s/ Michael D. Blanchard
Michael D. Blanchard

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above pleading was electronically served upon the attorneys of record for all parties on April 13, 2006.

/s/ Michael D. Blanchard
Michael D. Blanchard