UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE BIOPURE CORPORATION ) <br> DERIVATIVE LITIGATION ) <br> ) <br> ) <br> ) <br> ) | Master Docket No. 1:04-cv-10177 (NG) <br><br> Assigned to Judge Nancy Gertner <br><br> Magistrate Judge Alexander |

**COMPENDIUM OF UNREPORTED AUTHORITIES CITED IN
DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION
FOR RECONSIDERATION OR, IN THE ALTERNATIVE, CERTIFICATION OF
ISSUES FOR INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292**

Robert A. Buhlman, BBO #554393
Donald J. Savery, BBO #564975
Michael D. Blanchard, BBO #636860
Lawrence T. Stanley, Jr. BBO # 657381
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110
(617) 951-8000

LITDOCS/637043.1

| CASE | TAB |
|---|---|
| *Benerofe v. Cha*, C.A. No. 14614, 1996 WL 535405 (Del. Ch. Sept. 12, 1996) | 1 |
| *Canal Capital Corp. v. French*, C.A. No. 11764 (Del. Ch. July 2, 1992) | 2 |
| *In re Century Business Services Sec. Litigation*, No. 1:99CV02200, 2002 WL 32254513 (N.D. Ohio June 27, 2002) | 3 |
| *David B. Shaev Profit Sharing Account v. Armstrong*, No. Civ. A. 1449-N, 2006 WL 391931 (Del. Ch. Feb. 13, 2006) | 4 |
| *Fink v. Weill*, No. 02 Civ. 10250, 2005 WL 2298224 (S.D.N.Y. Sept. 19, 2005) | 5 |
| *McSparran v. Larson*, No. 04 C 0041, 04 C 4778, 2006 WL 250698 (N.D. Ill. Jan. 27, 2006) | 6 |
| *Rattner v. Bidzos*, No. Civ. A. 19700, 2003 WL 22284323 (Del. Ch. Nov. 8, 1999) | 7 |
| *In re Sonus Networks, Inc. Derivative Litigation*, No. 040753 BLS, 2004 WL 2341395 (Mass. Super. Sept. 27, 2004) | 8 |
| *South Shore Gastroninterology v. Selden*, No. 032630BLS, 2004 WL 1431059 (Mass. Super. May 7, 2004) | 9 |
| *In re Splash Technology Holdings, Inc. Sec. Litigation*, No. C 99-00109 (SBA), 2000 WL 1727405 (N.D. Cal. Sept. 20, 2000) | 10 |
| *Stotland v. GAF Corp.*, Civ. A. No. 6876, 1983 WL 21371 (Del. Ch. Sept. 1, 1983) | 11 |
| *In re Stratus Computer, Inc. Sec. Litigation*, Civ. A. 89-2075-Z, 1992 WL 73555 (D. Mass. March 27, 1992) | 12 |

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served electronically upon the attorney of record for each party on April 13, 2006.

/s/ Michael D. Blanchard
Michael D. Blanchard