# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **IN RE BIOPURE CORPORATION** | ) | **Master Docket No. 1:04-cv-10177-NG** |
| **DERIVATIVE LITIGATION** | ) | **(Consolidated Derivative Action)** |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.5.3(b) of the Local Rules of the United States District Court for the District of Massachusetts, Mary T. Sullivan, a member of the bar of this Court, hereby moves for the admission *pro hac vice* of the following counsel for the purpose of litigation in this Court as an attorney for the DerivativePlaintiffs:

Laurel A. Johnston
BARRETT, JOHNSTON & PARSLEY
217 Second Avenue, North
Nashville, TN 37201
Telephone: 615/244-2202
Facsimile: 615/252-3798

Ms. Johnston certifies that she is a member in good standing of the Middle District of Tennessee and is a member in good standing in each other jurisdiction she is admitted to practice; there are no disciplinary proceeding pending against her in any jurisdiction; and she has studied the Local Rules of this Court.  Her Certification is filed herewith.

Dated: April 27, 2006.                    Respectfully submitted,


/s/ Mary T. Sullivan___

Mary T. Sullivan, BBO #487130
SEGAL ROITMAN & COLEMAN
11 Beacon Street, Suite 500
Boston, MA 02108
Telephone: 617/742-0208
Facsimile: 617/742-2187

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that documents filed through the ECF system will be sent electronically to the following registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent to all non-registered participants on April 27, 2006.

ROBERT A. BUHLMAN, BBO #554393
EUNICE E. LEE, BBO #639856
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110
Telephone: 617/951-8000

JOHN D. HUGHES
MARY PATRICIA CORMIER
EDWARDS ANGELL PALMER & DODGE, LLP
111 Huntington Avenue
Boston, Massachusetts 02199

/s/ Mary T. Sullivan
Mary T. Sullivan