UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE BIOPURE CORPORATION ) <br> DERIVATIVE LITIGATION ) <br> ) <br> ) <br> ) <br> ) | Master Docket No. 1:04-cv-10177-NG <br> (Consolidated Derivative Action) <br><br> Assigned to: Judge J. Nancy Gertner <br><br> Magistrate Judge Alexander |

## CERTIFICATE OF LAUREL A. JOHNSTON

In support of our Motion for Admission to appear *pro hac vice*, I, Laurel A. Johnston, certify as follows:

1.   I am the counsel for the Plaintiffs.

2.   I am licensed to practice law in Tennessee. My Tennessee Bar Number is 24532

3.   I am admitted to practice before the United States District Court for the Middle District of Tennessee.

4.   I am a member in good standing in every jurisdiction in which I have been admitted to practice.

5.   There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

6.   I am familiar with the Local Rules of the United States District Court of the District of Massachusetts and will abide by such Rules.

WHEREFORE, I, Laurel A. Johnston, request that I be permitted to appear *pro hac vice* on behalf of the Plaintiffs in this case.

Respectfully Submitted,

_____
Laurel A. Johnston
BARRET, JOHNSTON & PARSLEY
217 Second Avenue North
Nashville, TN 37201
615-244-2202
615-252-3798 fax

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY, that on this 27th day of April, 2006, via first class mail, a true copy of the foregoing Certificate of Timothy L. Miles, *Pro Hac Vice* was served upon Robert A. Buhlman, Esq. and Eunice E. Lee, Esq., Bingham McCuthen, LLP, 150 Federal Street, Boston, MA 02110

_____
Mary T. Sullivan