

# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**

} ss.

**MIDDLE DISTRICT OF TENNESSEE**

I, **KEITH THROCKMORTON**, Clerk of the United States District Court for the Middle District of Tennessee,

DO HEREBY CERTIFY that **LAUREL ALYSON JOHNSTON** was duly admitted to practice in said Court on **January 20, 2006**, and is in good standing as a member of the bar of said Court.

Dated at Nashville, Tennessee on April 18, 2006



KEITH THROCKMORTON, CLERK

By _____
        Deputy Clerk

