UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE BIOPURE CORPORATION<br>DERIVATIVE LITIGATION | ) Master Docket No.1:04-cv-10177 NG<br>)<br>) Assigned to Judge J. Nancy Gertner<br>)<br>) Magistrate Judge Alexander |

**APPENDIX OF UNREPORTED AUTHORITIES CITED IN PLAINTIFFS'
MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION FOR
RECONSIDERATION OR, IN THE ALTERNATIVE, CERTIFICATION OF ISSUES
FOR INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. §1292**

Jeffrey P. Fink (*pro hac vice*)
Caroline A. Schnurer
ROBBINS UMEDA & FINK, LLP
610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: 619/525-3990

Douglas S. Johnston, Jr. (*pro hac vice*)
George E. Barrett (*pro hac vice*)
Timothy L. Miles (*pro hac vice*)
BARRETT, JOHNSTON & PARSLEY
217 Second Avenue, North
Nashville, TN 37201
Telephone: 615/244-2202

Plaintiffs' Co-Lead Counsel

Mary T. Sullivan, BBO #487130
SEGAL ROITMAN & COLEMAN
11 Beacon Street, Suite 500
Boston, MA 02108
Telephone: 617/742-02

Plaintiffs' Liaison Counsel

**CASE**                                                                         **TAB**

*Cement-Lock v. Gas Tech. Ins.*,
    No. 05 C 0018, 2005 WL 2420374 (N.D. Ill. Sept. 30, 2005) . . . . . . . . . . . . . . . . . . . . . . . 1

*In re Biopure Corp. Derivative Litig.,*
    No. 04-10177-NG, 2006 WL 775186 (D. Mass. Mar. 28, 2006) . . . . . . . . . . . . . . . . . . . 2

*In re Clark-Franklin-Kingston Press, Inc.,*
    No. 90-11231 WF,1993 WL 160580 (D. Mass. Apr. 21, 1993) . . . . . . . . . . . . . . . . . . . . 3

*In re New Seabury Co. Ltd. P'ship*,
    No. 03-10745-DPW, 2004 WL 422728 (D. Mass. Mar. 5, 2004) . . . . . . . . . . . . . . . . . . 4

*McSparran v. Larson*,
    No. 04 C 0041, 2006 WL 250698 (N.D. Ill. Jan. 27, 2006) . . . . . . . . . . . . . . . . . . . . . . . 5

*Rattner v. Bidzos*,
    No. 19700, 2003 WL 22284323 (Del. Ch. Sept. 30, 2003) . . . . . . . . . . . . . . . . . . . . . . . 6

*Sandoval Diaz v. Sandoval Orozco*,
    No. 01-1022 (JAG/GAG), 2005 WL 1501672 (D. P.R. June 24, 2005) . . . . . . . . . . . . . 7

*Vermont Pure Holdings Ltd. v. Nestle Waters N. Am., Inc.,*
    No. 03-11465 DPW, 2006 WL 839486 (D. Mass. Mar. 28, 2006) . . . . . . . . . . . . . . . . . 8

**CERTIFICATE OF SERVICE**

     I hereby certify a true and exact copy of the foregoing has been served on all Filing Users through the Court's Electronic Filing System on this the 27th day of April, 2006.


                                        /s/ Jeffrey P. Fink
                                            Jeffrey P. Fink