UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE BIOPURE CORPORATION<br>DERIVATIVE LITIGATION | )<br>)<br>)<br>)<br>)<br>) | Master Docket No. 1:04-cv-10177 (NG)<br><br>Assigned to Judge Nancy Gertner<br><br>Magistrate Judge Alexander |

## ASSENTED-TO MOTION FOR EXTENSION OF TIME

Defendants, Thomas A. Moore, Carl W. Rausch, David N. Judelson, Charles A. Sanders, M.D., C. Everett Koop, M.D., Daniel P. Harrington, J. Richard Crout, M.D., Jane Kober, Howard Richman, and Nominal Defendant Biopure Corporation (collectively, the "Defendants") hereby move the Court to extend the time in which Defendants must respond to the Second Amended Verified Derivative Complaint to and including May 12, 2006. As grounds for this motion, Defendants state as follows:

1. On March 28, 2006, the Court denied Defendants' Motion to Dismiss the First Amended Verified Complaint and granted Plaintiffs' Motion to Amend.

2. On March 30, 2006, Plaintiffs filed the Second Amended Verified Derivative Complaint.

3. Defendants' response to the Second Amended Verified Derivative Complaint was due on or about April 13, 2006. Defendants requested that deadline for response be extended to and including April 28, 2006. Plaintiffs, by their counsel, assented to that motion.

4. Defendants' request that deadline for response be extended to and including May 12, 2006.

5. Plaintiffs, by their counsel, have assented to this motion.

LITDOCS/639023.1

WHEREFORE, Defendants respectfully request that the deadline for response to the Second Amended Verified Derivative Complaint be extended to and including May 12, 2006.

Respectfully submitted,

**THOMAS A. MOORE, CARL W. RAUSCH, DAVID N. JUDELSON, CHARLES A. SANDERS, M.D., C. EVERETT KOOP, M.D., DANIEL P. HARRINGTON, J. RICHARD CROUT, M.D., JANE KOBER, HOWARD RICHMAN AND BIOPURE CORPORATION**

By their attorneys,

/s/ Donald J. Savery
Robert A. Buhlman, BBO # 554393
Donald J. Savery, BBO # 564975
Michael D. Blanchard, BBO # 636860
Lawrence T. Stanley, Jr. BBO # 657381
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110
(617) 951-8000

Attorneys for Defendant Howard P. Richman

/s/ Cathy A. Fleming
Cathy A. Fleming (*pro hac vice*)
John D. Hughes, BBO # 243660
Mary P. Cormier, BBO # 635756
EDWARDS ANGELL PALMER & DODGE LLP
101 Federal Street
Boston, MA 02110
(617) 439-4444

Dated: April 28, 2006

## RULE 7.1(A)(2) CERTIFICATION

  I hereby certify that counsel for Defendants conferred with counsel for Plaintiffs in good faith to resolve or narrow the issues presented in this Motion. Counsel for Plaintiffs assented to the relief sought by this Motion.

                /s/ Donald J. Savery
                Donald J. Savery

## CERTIFICATE OF SERVICE

  I hereby certify that a true copy of the above document was electronically served upon the attorney of record for each party on April 28, 2006.

                /s/ Donald J. Savery
                Donald J. Savery