UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE BIOPURE CORPORATION DERIVATIVE LITIGATION | ) ) ) ) ) ) | Master Docket No. 1:04-cv-10177 (NG)<br><br>Assigned to Judge Nancy Gertner<br><br>Magistrate Judge Alexander |

### *ASSENTED-TO* MOTION FOR EXTENSION OF TIME

Defendants, Thomas A. Moore, Carl W. Rausch, David N. Judelson, Charles A. Sanders, M.D., C. Everett Koop, M.D., Daniel P. Harrington, J. Richard Crout, M.D., Jane Kober, Howard Richman, and Nominal Defendant Biopure Corporation (collectively, the "Defendants") hereby move the Court to extend the time in which Defendants must respond to the Second Amended Verified Derivative Complaint until after the Court has ruled on the anticipated Motion to Stay the case to be filed by a Special Litigation Committee formed to investigate and evaluate matters concerning the allegations of the complaint ("Motion to Stay"). As grounds for this motion, Defendants state as follows:

1. On May 1, 2006, the Court held a hearing in this matter and subsequently entered an order stating "[c]ounsel for defendants reports that a special litigation committee has been formed and is considering how to proceed. Defendants will likely file a motion to stay the case." See Status Conference Full Docket Text, May 2, 2006.

2. Defendants anticipate that a Motion to Stay the proceedings will be filed within the next 10 days.

3. Good cause exists for this extending the time in which Defendants must respond to the Second Amended Verified Derivative Complaint until after the Court has ruled on the anticipated Motion to Stay. The Court has indicated that the future proceedings in this case will be determined by disposition of the Motion to Stay;

LITDOCS/640307.1

thus, it would be wasteful for Defendants to proceed with filing an answer prior to the Court's ruling.

4.  Plaintiffs, by their counsel, have assented to the relief sought by this motion.

WHEREFORE, Defendants respectfully request that the deadline for response to the Second Amended Verified Derivative Complaint be extended until after the Court has ruled on the Motion to Stay.

Respectfully submitted,

**THOMAS A. MOORE, CARL W. RAUSCH, DAVID N. JUDELSON, CHARLES A. SANDERS, M.D., C. EVERETT KOOP, M.D., DANIEL P. HARRINGTON, J. RICHARD CROUT, M.D., JANE KOBER, HOWARD RICHMAN AND BIOPURE CORPORATION**

By their attorneys,

/s/ Michael D. Blanchard
Robert A. Buhlman, BBO # 554393
Donald J. Savery, BBO # 564975
Michael D. Blanchard, BBO # 636860
Lawrence T. Stanley, Jr. BBO # 657381
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110
(617) 951-8000

Attorneys for Defendant Howard P. Richman

/s/ Cathy A. Fleming
Cathy A. Fleming (*pro hac vice*)
John D. Hughes, BBO # 243660
Mary P. Cormier, BBO # 635756
EDWARDS ANGELL PALMER & DODGE LLP
101 Federal Street
Boston, MA 02110
(617) 439-4444

Dated: May 11, 2006

## RULE 7.1(A)(2) CERTIFICATION

  I hereby certify that counsel for Defendants conferred with counsel for Plaintiffs in good faith to resolve or narrow the issues presented in this Motion. Counsel for Plaintiffs assented to the relief sought by this Motion.

                /s/ Michael D. Blanchard
                Michael D. Blanchard

## CERTIFICATE OF SERVICE

  I hereby certify that a true copy of the above document was electronically served upon the attorney of record for each party on May 11, 2006.

                /s/ Michael D. Blanchard
                Michael D. Blanchard