UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE BIOPURE CORPORATION, DERIVATIVE LITIGATION ) ) ) ) ) ) | Master Docket No. 1:04-cv-10177 (NG)<br><br>Assigned to Judge J. Nancy Gertner<br><br>Magistrate Judge Alexander |

## NOTICE OF APPEARANCE

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for the Special Litigation Committee of the Board of Directors of Biopure Corporation ("Biopure SLC").

Respectfully Submitted,

SPECIAL LITIGATION COMMITTEE TO
BIOPURE CORPORATION

By its attorneys,

/s/ John A.D. Gilmore
John A.D. Gilmore (BBO #552755)
DLA PIPER RUDNICK GRAY CARY US LLP
33 Arch Street, 26th Floor
Boston, MA  02110-1447
(617) 406-6000 (*telephone*)
(617) 406-6100 (*fax*)

DATED:  May 23, 2006

~BOST1:419939.v1