UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| IN RE BIOPURE CORPORATION, DERIVATIVE LITIGATION | Master Docket No. 1:04-cv-10177 (NG)<br><br>Assigned to Judge J. Nancy Gertner<br><br>Magistrate Judge Alexander |

### MOTION OF THE SPECIAL LITIGATION COMMITTEE OF BIOPURE CORPORATION FOR A STAY OF PROCEEDINGS UNTIL SEPTEMBER 1, 2006

The Special Litigation Committee of the Board of Directors of Biopure ("Biopure SLC"), moves for an order a) staying all proceedings in this action until September 1, 2006 and b) scheduling a status conference in this case for as soon thereafter as the Court's calendar permits.

The purpose of the requested stay is to allow the Biopure SLC to conduct an objective and thorough investigation of the allegations in this derivative action without the distraction and costs that would occur if the litigation proceeds at the same time. The stay will not prejudice any party and, in the event the action proceeds, will permit coordination between discovery in this action and the class action. (*In re Biopure Corporation Securities Litigation*, 1:03-cv-12628-NG). The purpose of the status conference is to consider further proceedings in this action in light of the recommendations of the Biopure SLC.

In further support of this Motion, the Biopure SLC relies on the Memorandum submitted herewith.

~BOST1:419646.v1
12136/1-6

        Respectfully Submitted,

        SPECIAL LITIGATION COMMITTEE TO
        BIOPURE CORPORATION

        By its attorneys,

        /s/ John A.D. Gilmore
        John A.D. Gilmore (BBO #552755)
        DLA PIPER RUDNICK GRAY CARY US LLP
        33 Arch Street, 26th Floor
        Boston, MA 02110-1447
        (617) 406-6000 (*telephone*)
        (617) 406-6100 (*fax*)

DATED: May 23, 2006

## Local Rule 7.1 Certification

     Pursuant to Local Rule 7.1., I, John A.D. Gilmore, counsel for the Biopure SLC, certify that on May 22, 2006 consulted by telephone and e-mail with Doug Johnston, one of the plaintiffs' attorney, in an attempt in good faith to resolve or narrow the issues of the parties' differences relating to this Motion.

                             /s/ John A.D. Gilmore
                             John A. D. Gilmore

~BOST1:419646.v1
12136/1-6