**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **IN RE BIOPURE CORPORATION** | ) | **Master Docket No.1:04-cv-10177 NG** |
| **DERIVATIVE LITIGATION** | ) | **(Consolidated Derivative Action)** |
| | ) | |
| | ) | **Assigned to: Judge J. Nancy Gertner** |
| | ) | |
| | ) | **Magistrate Judge Alexander** |

## MOTION TO DISQUALIFY

Plaintiffs hereby move to disqualify the law firm of Bingham McCutchen LLP, from representing both nominal defendant Biopure Corporation and individual defendants Thomas A. Moore, Carl W. Rausch, David N. Judelson, Charles A. Sanders, C. Everett Koop, Daniel P. Harrington, J. Richard Crout, and Jane Kober.  This motion is supported by Plaintiffs' Memorandum of Law submitted contemporaneously herewith.

## RULE 7.1 CERTIFICATION

I, the undersigned counsel, represent that I have conferred with counsel of record in good faith with an eye towards resolving or narrowing the disputes in this matter, and that we were not able to resolve the dispute.  Defendants have agreed that plaintiffs John and Laurie Parrott and Rich Reinisch may file this Motion to Disqualify.

DATED: May 26, 2006

/s/ Jeffrey P. Fink
JEFFREY P. FINK (*pro hac vice*)
BRIAN J. ROBBINS
CAROLINE A. SCHNURER
ROBBINS UMEDA & FINK, LLP
610 West Ash Street, Suite 1800
San Diego, CA  92101
Telephone:  619/525-3990
Facsimile: 619/525-3991

GEORGE E. BARRETT
DOUGLAS S. JOHNSTON, JR.
TIMOTHY L. MILES
BARRETT, JOHNSTON & PARSLEY
217 Second Avenue, North
Nashville, TN 37201
Telephone: 615/244-2202
Facsimile: 615/252-3798

Co-Lead Counsel for Plaintiffs

MARY T. SULLIVAN
SEGAL ROITMAN & COLEMAN
11 Beacon Street, Suite 500
Boston, MA 02108
Telephone: 617/742-0208
Facsimile: 617/742-2187

Liaison Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2006 I caused the following document:

MOTION TO DISQUALIFY

to be filed electronically with the clerk of court through ECF, and that ECF will send an e-notice of the electronic filing.


Dated: May 26, 2006                                    /s/ Jeffrey P. Fink
                                                       JEFFREY P. FINK

G:\Cases\Biopure\Motions - Opps\Motion to Disqualify\Motion to Disqualify_FINAL.wpd