**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **IN RE BIOPURE CORPORATION**<br>**DERIVATIVE LITIGATION** | ) **Master Docket No.1:04-cv-10177 NG**<br>) **(Consolidated Derivative Action)**<br>)<br>) **Assigned to: Judge J. Nancy Gertner**<br>)<br>) **Magistrate Judge Alexander** |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO DISQUALIFY

IT IS HEREBY ORDERED:

Good cause having been shown, plaintiffs John and Laurie Parrott and Rich Reinisch

Motion to Disqualify defense counsel Bingham McCutchen LLP is GRANTED.

DATED: _____

_____
J. NANCY GERTNER
UNITED STATES DISTRICT JUDGE

G:\Cases\Biopure\Motions - Opps\Motion to Disqualify\Proposed order_FINAL.wpd