UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE BIOPURE CORPORATION )<br>DERIVATIVE LITIGATION )<br>) | CIVIL ACTION NO. 04-CV-10177-NG |

### ENTRY OF APPEARANCE

In connection with the above captioned action, please enter my appearance as counsel for Howard Richman:

        John J. Tumilty (B.B.O. No. 560017)

        EDWARDS ANGELL PALMER & DODGE, LLP
        111 Huntington Avenue
        Boston, MA 02199
        Tel.: (617) 239-0100
        Fax: (617) 227-4420

        By his attorneys

Dated: June 6, 2006

/s/ John J. Tumilty
John D. Hughes (B.B.O. No. 243660)
John J. Tumilty (B.B.O. No. 560017)
Mary Patricia Cormier (B.B.O. No. 635756)
EDWARDS ANGELL PALMER & DODGE, LLP
111 Huntington Avenue
Boston, MA 02199
Tel.: (617) 239-0100
Fax: (617) 227-4420