Table of Contents

**Filed Pursuant to Rule 424(b)(5)**
**Registration No. 333-114559**

**PROSPECTUS SUPPLEMENT**
**(To Prospectus Dated November 18, 2004)**

# BIOPURE®

**4,110,000 shares of Class A Common Stock and**
**Warrants to purchase 4,110,000 shares of Class A Common Stock**

We are offering 4,110,000 shares of our Class A common stock and warrants to purchase 4,110,000 additional shares of our Class A common stock. Each investor will receive a warrant to purchase one share of our Class A common stock, at an exercise price of $1.025 per share, for each share of Class A common stock purchased. This prospectus supplement also covers the offer and sale of 4,110,000 shares of our Class A common stock issuable upon exercise of the warrants. Our warrants are not listed for trading. Our Class A common stock is listed on the Nasdaq National Market under the symbol "BPUR." On January 12, 2006, the last reported sale price per share of our Class A common stock on the Nasdaq National Market was $0.90.

**Investing in our Class A common stock and warrants involves a high degree of risk. See "Risk Factors" beginning on page S-10 of this prospectus supplement for a discussion of important risks that you should consider before making an investment decision.**

We have agreed to pay the underwriters fees set forth in the table below and to issue to them warrants to purchase Class A common stock and to provide them with indemnification as described in "Plan of Distribution" in this prospectus supplement. This prospectus supplement also covers the issuance of such warrants to the underwriters and the offer and sale of the shares of our Class A common stock issuable upon the exercise those warrants.

| | Per Share of Class A Common Stock and Associated Warrant* | Total* |
|---|---|---|
| Public Offering Price | $0.8200 | $3,370,200 |
| Underwriting Discount | $0.0492 | $ 202,212 |
| Proceeds, before expenses, to Biopure | $0.7708 | $3,167,988 |

* Table excludes shares of Class A common stock issuable on exercise of warrants offered hereby.

We expect to deliver the shares of Class A common stock and warrants against payment on or about January 17, 2006.

**The Securities and Exchange Commission and state regulators have not approved or disapproved these securities, or determined if this prospectus supplement or the accompanying prospectus are accurate or complete. Any representation to the contrary is a criminal offense.**

**DAWSON JAMES SECURITIES, INC.** **NOBLE INTERNATIONAL INVESTMENTS, INC.**

The date of this prospectus supplement is January 12, 2006

**Table of Contents**

The Company differs with the SEC about the allegations in the SEC complaint and is defending the case vigorously. In October, we filed an answer to the SEC complaint and in December we filed a motion for partial summary judgment. We are pressing to move the case speedily.

*Private Class Action and Derivative Litigation*

Following the Company's announcement in December 2003 that it was being investigated by the SEC, the Company, two directors (one a former director), its former Chief Executive Officer, its former Chief Technology Officer and its former Chief Financial Officer were named as defendants in a number of similar, purported class action complaints, filed between December 30, 2003 and January 28, 2004 (the "Complaints"), in the U.S. District Court for the District of Massachusetts (the "Court") by alleged purchasers of the Company's common stock. Those complaints have since been consolidated in a single action. The consolidated complaint claims that the Company violated the federal securities laws based on the same allegations pursued by the SEC. Recently, the plaintiffs filed a motion to amend the complaint again to copy the SEC's civil injunctive complaint. The complaint does not specify the amount of alleged damages plaintiffs seek to recover. The complaint sets forth a class period of March 2003 through December 24, 2003. The defendants believe that the complaint is without merit and intend to defend the actions vigorously. At this time, the Company cannot estimate what impact these cases may have on its financial position or results of operations.

The seven members of the Company's Board of Directors during the period March through December 2003 and certain officers during that period were named as defendants in two shareholder derivative actions filed on January 26, 2004 and January 29, 2004 in the same Court. A consolidated, amended complaint has been filed and a request to amend again to copy the SEC's civil injunctive complaint has also been filed. The Company is named as a defendant, even though in a derivative action any award is for the benefit of the Company, not individual stockholders. The consolidated, amended complaint alleges that the individual directors and an officer breached fiduciary duties in connection with the same disclosures referenced in the purported securities class action. The complaint does not specify the amount of the alleged damages plaintiffs seek to recover. A different stockholder also made demand on the Company's directors on June 30, 2004 that they pursue similar claims on behalf of the Company, and a similar derivative case was filed in the Trial Court of Massachusetts, Middlesex County, on September 25, 2005. At this time, the Company cannot estimate what impact, if any, these cases may have on its financial position or results of operations.

***South Africa***

On January 4, 2006, we shipped product to South Africa to support the initiation of sales and marketing of Hemopure in that country, where the product is approved for the treatment of surgical anemia. In 2005, we acquired control of the product registration in South Africa, selected a warehousing and shipping agent, and appointed as our sales agent Abazali Bio Ventures (Pty) Ltd., a new company formed to sell biotechnology products in the region. Abazali Bio Ventures will act as our exclusive agent to market Hemopure in South Africa and, if lawfully saleable, other countries in Africa (except Egypt) and the Indian Ocean Islands. The CEO of Abazali Bio Ventures is the former general manager of a large, multinational pharmaceutical company in South Africa.

We have a small staff in South Africa for training, marketing and adherence to local regulations. Sales representatives from Abazali Bio Ventures are currently being trained to start calling on medical providers.

***EDQM Certification***

In August 2005, the European Directorate for the Quality of Medicines (EDQM) issued Biopure updated Certificates of Suitability of Monographs of the European Pharmacopoeia for Hemopure and Oxyglobin. These documents certify that our products meet the European Pharmacopoeia criteria for minimizing the risk of transmitting animal Transmissible Spongiform Encephalopathies (TSE). EDQM certification is required for all new and approved human and veterinary medicinal products that are

Table of Contents

**PROSPECTUS**

# BIOPURE®

**$50,000,000**

**Preferred Stock**
**Class A Common Stock**
**Warrants**

The securities covered by this prospectus may be sold from time to time by Biopure Corporation. We may offer the securities independently or together in any combination for sale directly to purchasers or through underwriters, dealers or agents to be designated at a future date.

When we offer securities we will provide you with a prospectus supplement describing the specific terms of the specific issue of securities, including the offering price of the securities. You should carefully read this prospectus and the prospectus supplement relating to the specific issue of securities before you decide to invest in any of these securities.

Our common shares are traded on the Nasdaq National Market under the symbol "BPUR". On November 15, 2004, the last reported sale price for our common stock on The Nasdaq Stock Market was $0.40 per share.

---

**NEITHER THE SECURITIES AND EXCHANGE COMMISSION NOR ANY STATE SECURITIES COMMISSION HAS APPROVED OR DISAPPROVED OF THESE SECURITIES OR PASSED UPON THE ACCURACY OR ADEQUACY OF THIS PROSPECTUS. ANY REPRESENTATION TO THE CONTRARY IS A CRIMINAL OFFENSE.**

---

The securities may be offered and sold to or through underwriters, dealers or agents as designated from time to time, or directly to one or more other purchasers or through a combination of such methods. See "Plan of Distribution." If any underwriters, dealers or agents are involved in the sale of any of the securities, their names, and any applicable purchase price, fee, commission or discount arrangements between or among them, will be set forth, or will be calculable from the information set forth, in the applicable prospectus supplement.

**Investing in these securities involves risks.**
**See "Risk Factors" beginning on page 6.**

The date of this prospectus is November 18, 2004.

---

Table of Contents

may not be related to our product. These events may affect the statistical analysis of the safety and efficacy of our product. If we obtain marketing authorization for a product, the authorization will be limited to the indication for which our clinical trials have demonstrated the product is safe and effective.

In addition, many factors could delay or result in termination of ongoing or future clinical trials. Results from ongoing or completed pre-clinical or clinical studies or analyses could raise concerns over the safety or efficacy of a product candidate. For example, in April, 2003, the FDA placed our proposed Phase 2 clinical trial of Hemopure for the treatment of trauma on clinical hold citing safety concerns based on a review of data from our Phase 3 clinical trial in patients undergoing surgery. We cannot assure investors that the FDA will not place other clinical trials we sponsor on hold in the future. A clinical trial may also experience slow patient enrollment or insufficient drug supplies. Patients may experience adverse medical events or side effects, and there may be a real or perceived lack of effectiveness of, or of safety issues associated with, the product we are testing.

We may not have the financial resources to fund required trials and our operations until FDA marketing authorization for Hemopure is obtained, if ever.

***We cannot expand indications for Hemopure unless we receive FDA approval for each proposed indication.***

The FDA requires a separate approval for each proposed indication for the use of Hemopure in the United States. In order to market Hemopure for more than one indication, we will have to design additional clinical trials, submit the trial designs to the FDA for review and complete those trials successfully. If the FDA approves Hemopure for an indication, it may require a label cautioning against Hemopure's use for indications for which it has not been approved.

***The Securities and Exchange Commission staff has preliminarily determined to recommend a civil injunctive proceeding against us and several of our former and current officers and directors. We and several of our former and current directors and officers are subject to consolidated class action lawsuits and we and seven of our former and current directors are subject to consolidated derivative actions.***

During the fourth quarter of fiscal 2003, we were notified of a confidential investigation by the Securities and Exchange Commission. On December 22, 2003, we and our former chief executive officer and board member and our former senior vice president, regulatory and operations, each received a "Wells Notice" from the SEC staff indicating the staff's preliminary determination to recommend that the SEC bring a civil injunctive proceeding against the Company and such former officers. On April 29, 2004, our current chairman, a former director, our current chief technology officer and our current general counsel each also received a Wells Notice from the SEC staff indicating the staff's preliminary determination to recommend that the SEC bring a civil injunctive proceeding against them. We have responded in writing to the "Wells Notice" received by the Company explaining why the SEC ought not to bring a proceeding. The investigation is ongoing and, to our knowledge, no formal recommendation has been made to date and we do not know what action, if any, the SEC staff may finally recommend.

Following our announcement of the Wells Notices, a number of class action lawsuits, subsequently consolidated, were filed against us and several of our former and current executive officers. In addition, all members of our board of directors as of December 22, 2003 and the Company are named as defendants in two derivative actions filed in January of 2004, and subsequently consolidated, claiming that such directors breached fiduciary duties in connection with the same disclosures that are the subject of the class action lawsuits. Details about the SEC investigation, the class actions and the derivative actions are contained in our most recent report on Form 10-Q which is incorporated herein by reference. We believe the class action lawsuits and derivative actions are without merit, and we intend to defend against them vigorously.

There can be no assurance as to the outcome of any of these proceedings. Members of our board of directors and management may spend considerable time and effort cooperating with the SEC in its investigation and defending the class action lawsuits and derivative actions, which may adversely affect our business, results of operations and financial condition. We may incur substantial costs in connection with