UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE BIOPURE CORPORATION<br>DERIVATIVE LITIGATION | ) Master Docket No.1:04-cv-10177 NG<br>)<br>) Assigned to Judge J. Nancy Gertner<br>)<br>) Magistrate Judge Alexander |

**APPENDIX OF UNREPORTED AUTHORITIES CITED IN
PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO MOTION OF THE
SPECIAL LITIGATION COMMITTEE OF BIOPURE CORPORATION FOR A STAY
OF PROCEEDINGS UNTIL SEPTEMBER 1, 2006 AND RESPONSE TO BIOPURE
COPORATION'S SUBMISSION ADDRESSING DISCOVERY RELATIVE TO THE
SPECIAL LITIGATION COMMITTEE PROCESS**

Jeffrey P. Fink (*pro hac vice*)
Caroline A. Schnurer
ROBBINS UMEDA & FINK, LLP
610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: 619/525-3990

Douglas S. Johnston, Jr. (*pro hac vice*)
George E. Barrett (*pro hac vice*)
Timothy L. Miles (*pro hac vice*)
BARRETT, JOHNSTON & PARSLEY
217 Second Avenue, North
Nashville, TN 37201
Telephone: 615/244-2202

Plaintiffs' Co-Lead Counsel

Mary T. Sullivan, BBO #487130
SEGAL ROITMAN & COLEMAN
11 Beacon Street, Suite 500
Boston, MA 02108
Telephone: 617/742-02

Plaintiffs' Liaison Counsel

**CASE**                                                                                                          **TAB**

*Abbey v. Computer & Comm'cns Tech. Corp.*,
    No. 6941, 1982 WL 17840 (Del. Ch. Dec. 10, 1982) . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

*Emmanuel Liebman Target Benefit Pension Plan v. Zable*,
    No. 88-1195-JLI(M), slip op. (S.D. Cal. Nov. 3, 1988) . . . . . . . . . . . . . . . . . . . . . . . . . 2

*In re Bank of New York Derivative Litig.*,
    No. 99CIV.9977(DC), 2000 WL 1708173 (S.D.N.Y. Nov. 14, 2000) . . . . . . . . . . . . . . 3

*Katell v. Morgan Stanley Group, Inc.*,
    No. 12343, 1993 WL 390525 (Del. Ch. Sept. 27, 1993) . . . . . . . . . . . . . . . . . . . . . . . . 4

*Pompeo v. Hefner*,
    No. 6806, 1983 WL 20284 (Del. Ch. Mar. 23, 1983) . . . . . . . . . . . . . . . . . . . . . . . . . . 5


**CERTIFICATE OF SERVICE**

    I hereby certify a true and exact copy of the foregoing has been served on all Filing Users through the Court's Electronic Filing System on this the 6th day of June, 2006.


                                                            /s/ Jeffrey P. Fink
                                                            Jeffrey P. Fink