UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE BIOPURE CORPORATION, DERIVATIVE LITIGATION ) ) ) ) ) ) | Master Docket No. 1:04-cv-10177 (NG) <br><br> Assigned to Judge J. Nancy Gertner <br><br> Magistrate Judge Alexander |

### MOTION OF THE SPECIAL LITIGATION COMMITTEE OF BIOPURE CORPORATION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR A STAY OF PROCEEDINGS UNTIL SEPTEMBER 1, 2006 (UNOPPOSED)

Pursuant to Local Rule 7.1 (B)(3), the Special Litigation Committee of the Board of Directors of Biopure ("Biopure SLC"), moves for leave to file a short reply memorandum (seven pages or less) by June 20, 2006 in support of its Motion for a Stay of Proceedings until September 1, 2006. Plaintiffs do not oppose the allowance of this motion.

In support of this motion, the Biopure SLC says as follows:

1. On May 1, 2002, the Board of Directors of Biopure Corp. appointed the Biopure SLC to determine "what actions, if any, should, in the best interest of the Company, be taken with respect" to the claims asserted in this Derivative Action.

2. On May 23, 2006, the Biopure SLC filed a motion, supported by a short memorandum, to stay the proceedings until September 1, 2006 to allow the Biopure SLC sufficient time to conduct an objective and thorough investigation of the allegations in this derivative action without the distraction and costs that would occur if the litigation proceeds at the same time.

3. Plaintiffs, on June 6, 2006, filed a twenty page opposition to the motion together with numerous attachments ("Opposition Memorandum").

~BOST1:422171.v1
361432-1

4.   The Opposition Memorandum, among other things, contends that the members of the Biopure SLC are not independent and that the Motion for Stay is untimely. The proposed reply memorandum will address these contentions.

5.   The Biopure SLC believes that a short reply memorandum will assist the Court in considering and deciding the Motion for Stay. Plaintiffs do not oppose the allowance of this Motion.

WHEREFORE, the Biopure SLC requests that the Court allow this Motion for Leave to File on a reply memorandum of seven pages or less in further support of its Motion for Stay.

Respectfully Submitted,

SPECIAL LITIGATION COMMITTEE TO
BIOPURE CORPORATION

By its attorneys,

/s/ John A.D. Gilmore
John A.D. Gilmore (BBO #552755)
DLA PIPER RUDNICK GRAY CARY US LLP
33 Arch Street, 26th Floor
Boston, MA  02110-1447
(617) 406-6000 (*telephone*)
(617) 406-6100 (*fax*)

Dated: June 14, 2006

### LOCAL RULE 7.1(A)(2) CERTIFICATION

The undersigned counsel for the Biopure SLC hereby certifies that on June 13, 2006, he conferred with counsel for plaintiffs in an attempt to resolve or narrow the issue raised by this motion and counsel for plaintiffs agreed not to oppose the motion.

/s/ John A.D. Gilmore
John A. D. Gilmore