UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE BIOPURE CORPORATION, DERIVATIVE LITIGATION ) ) ) ) ) ) | Master Docket No. 1:04-cv-10177 (NG) <br><br> Assigned to Judge J. Nancy Gertner <br><br> Magistrate Judge Alexander |

### ASSENTED-TO MOTION OF THE SPECIAL LITIGATION COMMITTEE OF BIOPURE CORPORATION TO RESCHEDULE THE STATUS CONFERENCE NOW SCHEDULED FOR MAY 17, 2007

The Special Litigation Committee of Biopure's Board of Directors ("Biopure SLC"), respectfully moves to reschedule the status conference now scheduled for May 17, 2007 at 3:00 p.m. This motion has been assented to by all parties. All counsel have indicated that they are available June 19, 20 and 21, should the Court's calendar permit, for a rescheduled conference. As grounds for the within motion, the Biopure SLC says that its counsel and the members of the litigation department of his firm have a retreat scheduled on May 17 and 18 in Ft. Worth, Texas.

Respectfully Submitted,

SPECIAL LITIGATION COMMITTEE TO
BIOPURE CORPORATION

By its attorneys,

/s/ John A.D. Gilmore
John A.D. Gilmore (BBO #193060)
DLA PIPER RUDNICK GRAY CARY US LLP
33 Arch Street, 26th Floor
Boston, MA 02110-1447
(617) 406-6000 (*telephone*)
(617) 406-6100 (*fax*)

Dated: May 10, 2007

BOST1\473132.1

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a true copy of the foregoing document which will be served automatically electronically by the Court's ECF system upon all counsel of record who have appeared in this action. For those parties that have not yet appeared in this action, I have caused a true copy of the foregoing document to be served via U.S. First-Class mail, postage prepaid.

/s/ John A. D. Gilmore

Dated: May 10, 2007

BOST1\473132.1