# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|   |   |
|---|---|
| IN RE BIOPURE CORPORATION DERIVATIVE LITIGATION | **Master Docket No. 1:04-cv-10177 NG** |
|   | **Assigned to: Judge J. Nancy Gertner** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### ASSENTED-TO MOTION FOR IMPOUNDMENT OF THE REPORT OF THE SPECIAL LITIGATION COMMITTEE TO BIOPURE CORPORATION

Pursuant to Local Rule 7.2, Nominal Defendant Biopure Corporation ("Biopure") hereby requests an Order that The Report of the Special Litigation Committee of Biopure Corporation ("SLC Report") be filed under seal.  The SLC Report contains information designated by Biopure as "Confidential" under the parties' Stipulation and Protective Order.

In support of this motion, Biopure states as follows:

1.    On June 30, 2006, this Court endorsed the parties' Stipulation and Protective Order governing the confidentiality of discovery materials in this action.  A copy of the Stipulation and Protective Order is attached to this Motion.

2.    Pursuant to Paragraph 7 of the Stipulation and Protective Order, the parties may apply to this Court for an appropriate order, pursuant to Local Rule 7.2, to protect from public disclosure any papers which include, refer to, or rely upon information that a

party has designated as Confidential.  The SLC Report refers to and relies upon information that Biopure has designated as Confidential.

      3.     Plaintiffs assent to this motion.

      WHEREFORE, Biopure respectfully requests that this Court impound the SLC Report in a sealed envelope and maintain the SLC Report in accordance with the Stipulation and Protective Order.

Respectfully Submitted,

/s/ Robert A. Buhlman
Robert A. Buhlman (BBO #554393)
Donald J. Savery (BBO #564975)
Michael D. Blanchard (BBO#636860)
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110
Tel: (617) 951-8000
Fax: (617) 951-8736

*Attorneys for Biopure Corporation*

Assented to by:

/s/ Douglas S. Johnston, Jr.
Douglas S. Johnston (admitted *pro hac vice*)
George E. Barrett (admitted *pro hac vice*)
Timothy L. Miles (admitted *pro hac vice*)
BARRETT, JOHNSTON & PARSLEY
217 Second Avenue, North
Nashville, TN 37201
Tel: (212) 687-1980

*Plaintiffs' Lead Counsel*

Brian J. Robbins (admitted *pro hac vice*)
Jeffrey P. Fink (admitted *pro hac vice*)
ROBBINS UMEDA & FINK LLP
1010 Second Avenue, Suite 2360
San Diego, CA 92101
Tel: (619) 525-3990

*Plaintiffs' Co-Lead Counsel*

Mary T. Sullivan (BBO# 487130)
SEGAL ROITMAN & COLEMAN
11 Beacon Street, Suite 500
Boston, MA 02108
(617) 742-0208

Dated: May 15, 2007.

ACTIVE/72001143.1

SO ORDERED:

Dated: _____

_____
NANCY GERTNER
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above pleading was electronically served upon the attorneys of record for all parties on May 15, 2007.

/s/ Jason D. Lane
Jason D. Lane