UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE BIOPURE CORPORATION, DERIVATIVE LITIGATION ) ) ) ) ) ) | Master Docket No. 1:04-cv-10177 (NG)<br><br>Assigned to Judge J. Nancy Gertner<br><br>Magistrate Judge Alexander |

## ASSENTED TO MOTION OF THE SPECIAL LITIGATION COMMITTEE TO BIOPURE CORPORATION FOR LEAVE TO FILE A MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS IN EXCESS OF 20 PAGES

The Special Litigation Committee of the Board of Directors of Biopure ("Biopure SLC"), moves, pursuant to Local Rule 7.1(B)(4), LR, D Mass., for leave to file a Memorandum in excess of 20 pages, but not more than 25 pages, in support of its Motion to Dismiss.

As grounds for this motion, the SLC says that the Motion to Dismiss raises a number of factual and legal issues that can not reasonably be addressed in the page limits provided for in the Rules. Plaintiff's counsel has assented to the allowance of this Motion.

Respectfully Submitted,

SPECIAL LITIGATION COMMITTEE TO
BIOPURE CORPORATION

By its attorneys,

/s/ John A.D. Gilmore
John A.D. Gilmore (BBO #193060)
DLA PIPER US LLP
33 Arch Street, 26th Floor
Boston, MA 02110-1447
(617) 406-6000 (*telephone*)
(617) 406-6100 (*fax*)

Dated: June 22, 2007

BOST1\478915.1

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 22, 2007.

/s/ John A.D. Gilmore