UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE BIOPURE CORPORATION, DERIVATIVE LITIGATION ) ) ) ) ) ) | Master Docket No. 1:04-cv-10177 (NG)<br><br>Assigned to Judge J. Nancy Gertner<br><br>Magistrate Judge Alexander |

## MOTION OF THE SPECIAL LITIGATION COMMITTEE TO BIOPURE CORPORATION TO DISMISS THE VERIFIED CONSOLIDATED SECOND AMENDED COMPLAINT

The Special Litigation Committee to Biopure Corporation ("Biopure SLC"), respectfully moves to dismiss the Verified Consolidated Second Amended Complaint on the grounds that the prosecution of this derivative action is not in the best interests of Biopure Corporation.

In support of this Motion, the Biopure SLC relies on the following:

(a) the Memorandum in Support submitted herewith;

(b) the Affidavit of Jay B. Pieper with the Report of SLC attached as Exhibit B;

(c) the Affidavit of Guido J. Neels; and

(d) the Affidavit of John A.D. Gilmore.

WHEREFORE, SLC prays that its Motion be allowed.

                                                Respectfully Submitted,

                                                SPECIAL LITIGATION COMMITTEE TO
BIOPURE CORPORATION

                                                By its attorneys,

                                                /s/ John A.D. Gilmore
                                                John A.D. Gilmore (BBO #193060)
                                                DLA PIPER US LLP
                                                33 Arch Street, 26th Floor
                                                Boston, MA 02110-1447
                                                (617) 406-6000 (*telephone*)
                                                (617) 406-6100 (*fax*)

Dated: June 22, 2007

## LOCAL RULE 7.1 CERTIFICATION

      Pursuant to Local Rule 7.1., I, John A.D. Gilmore, counsel for the Biopure SLC, certify that on June 21, 2007 consulted with Doug Johnston, one of the plaintiff's attorneys, in an attempt in good faith to resolve or narrow the issues relating to this Motion.

                                                /s/ John A.D. Gilmore
                                                John A.D. Gilmore

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 22, 2007.

                                                /s/ John A.D. Gilmore

BOST1\478924.1