UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE BIOPURE CORPORATION ) <br> DERIVATIVE LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> _____ ) | Master Docket No. 1:04-cv-10177 (NG) <br> <br> Assigned to Judge Nancy Gertner <br> <br> Magistrate Judge Alexander |

## DECLARATION OF JOHN A. D. GILMORE

JOHN A. D. GILMORE declares as follows:

1. My name is John A. D. Gilmore. I am admitted to practice law in the Commonwealth of Massachusetts.

2. Theodore Altman and I were retained to represent the Special Litigation Committee of Biopure Corporation ("SLC").

3. Neither Mr. Altman nor I have ever performed legal services for the individual defendants in this action or for the nominal corporate defendant Biopure Corporation or have any social or business relationships with them.

4. To my knowledge, DLA Piper US LLP has never been retained by any of the defendants in this action to perform legal services for them.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 21st, 2007.

John A. D. Gilmore

BOST1\478536.1