UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: BIOPURE CORPORATION DERIVATIVE LITIGATION ) ) ) ) ) | Master Docket No. 1:04-cv-10177-NG<br><br>Assigned to: Judge J. Nancy Gertner<br><br>Magistrate: Judge Alexander |

### NOTICE OF CORRECTION

Attorneys John D. Hughes, John J. Tumilty, and Mary-Patricia Cormier hereby state that the Notices of Withdrawal of Appearance filed respectively by them in this action on September 21, 2007 were filed in error. Notices of Withdrawal of Appearance will be re-filed once Notices of Appearance have been filed by successor counsel.

Respectfully submitted,

/s/ Mary-Patricia Cormier
John D. Hughes (BBO# 243660)
John J. Tumilty (BBO# 560017)
Mary-Patricia Cormier (BBO #635756)
EDWARDS ANGELL PALMER &
  DODGE LLP
111 Huntington Avenue
Boston, Massachusetts 02199
(617) 239-0100

Dated: September 21, 2007