UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
IN RE: BIOPURE CORPORATION )
DERIVATIVE LITIGATION            )     Master Docket No. 1:04-cv-10177 (NG)
                                 )
                                 )     Assigned to Judge Nancy Gertner
                                 )
                                 )     Magistrate Judge Alexander
_____)

NOTICE OF APPEARANCE

    Please note the appearance of Laurie C. Carafone of Dwyer and Collora, LLP as counsel for the Defendant Howard Richman.

    Respectfully submitted,
HOWARD RICHMAN
By his attorney,

/s/ Laurie C. Carafone
_____
Laurie C. Carafone  (BBO No. 656399)
Dwyer & Collora, LLP
600 Atlantic Avenue
Boston, MA 02210
(617) 371-1000
lcarafone@dwyercollora.com

Dated:   September 26, 2007

CERTIFICATE OF SERVICE

    I, Laurie C. Carafone, hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on September 26, 2007

/s/Laurie C. Carafone

Laurie C. Carafone

Case 1:04-cv-10177-NG    Document 84    Filed 09/26/2007    Page 2 of 2