UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **IN RE BIOPURE CORPORATION** | ) | Master Docket No. 1:04-cv-10177-NG |
| **DERIVATIVE LITIGATION** | ) | (Consolidated Derivative Action) |
| | ) | |
| | ) | Assigned to: Judge J. Nancy Gertner |
| | ) | |
| | ) | Magistrate Judge Alexander |

### JOINT MOTION FOR ADDITIONAL TIME FOR BRIEFING SCHEDULE

The parties jointly move the Court for an additional four (4) weeks before filing the joint briefing schedule on the Special Litigation Committee's pending Motion to Dismiss. The additional four weeks would make the briefing schedule due October 25, 2007.

In support of this joint motion, the parties would state that pursuant to the Court's suggestion, a mediation was held on September 7, 2007; not all issues were resolved during that mediation; the parties have continued discussions since the conclusion of the mediation, and believe that some additional time for discussions would be fruitful.

In addition, the four additional weeks requested takes into consideration certain other pre-existing commitments by counsel for the parties.

DATED: September 26, 2007.                     Respectfully submitted,


/s/ __Timothy L. Miles_____
By:     Timothy L. Miles

Douglas S. Johnston, Jr. (*pro hac vice*)
George E. Barrett (*pro hac vice*)
Timothy L. Miles (*pro hac vice*)
BARRETT, JOHNSTON & PARSLEY
217 Second Avenue, North
Nashville, TN 37201
Telephone: 615/244-2202
Facsimile: 615/252-3798

1

djohnston@barrettjohnston.com
gbarrett@barrettjohnston.com
tmiles@barrettjohnston.com

Brian J. Robbins
Jeffrey P. Fink
ROBBINS UMEDA & FINK, LLP
1010 Second Avenue, Suite 2360
San Diego, CA 92101
Telephone: 619/525-3990
Facsimile: 619/525-3991

Plaintiffs' Co-Lead Counsel

Mary T. Sullivan, BBO #487130
SEGAL ROITMAN & COLEMAN
11 Beacon Street, Suite 500
Boston, MA 02108
Telephone: 617/742-0208
Facsimile: 617/742-2187

Plaintiffs' Liaison Counsel

James G. Stranch
BRANSTETTER, KILGORE, STRANCH & JENNINGS
227 Second Avenue North
Nashville, TN 37201
Telephone: 615/254-8801
Facsimile: 615/255-5419

Plaintiffs' Counsel

  /s/    Robert A. Buhlman
ROBERT A. BUHLMAN, BBO #554393
EUNICE E. LEE, BBO #639856
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110
Telephone: 617/951-8000

## CERTIFICATE OF SERVICE

    I hereby certify a true and exact copy of the foregoing has been served on all Filing Users through the Court's Electronic Filing System on this the 26th day of September, 2007.

                                            /s/ Timothy L. Miles
                                            Timothy L. Miles