UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: BIOPURE CORPORATION DERIVATIVE LITIGATION | Master Docket No. 1:04-cv-10177-NG<br><br>Assigned to: Judge J. Nancy Gertner<br><br>Magistrate: Judge Alexander |

## NOTICE OF WITHDRAWAL OF JOHN J. TUMILTY AS COUNSEL TO DEFENDANT HOWARD RICHMAN

Pursuant to Local Rule 83.5.2(c), John J. Tumilty hereby withdraws as counsel for Defendant Howard Richman. Dr. Richman has retained attorney Laurie C. Carafone of the law firm Dwyer & Collora LLP, 600 Atlantic Avenue, Boston, Massachusetts, 02210, to represent him in this action. There are no motions pending before the Court and no trial date has been set. Further, no oral or written reports are due, nor have any hearings or conferences been scheduled.

Respectfully submitted,

/s/ John J. Tumilty
John J. Tumilty (BBO #560017)
EDWARDS ANGELL PALMER &
    DODGE LLP
111 Huntington Avenue
Boston, Massachusetts 02199
(617) 239-0100

Dated: September 26, 2007