UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE BIOPURE CORPORATION<br>DERIVATIVE LITIGATION | )  Master Docket No. 1:04-cv-10177-NG<br>)  (Consolidated Derivative Action)<br>)<br>)  Assigned to:  Judge J. Nancy Gertner<br>)<br>)  Magistrate Judge Alexander |

**JOINT MOTION FOR ADDITIONAL TIME FOR BRIEFING SCHEDULE**

The parties jointly move the Court for an additional two (2) weeks before filing the joint briefing schedule on the Special Litigation Committee's pending Motion to Dismiss. The additional two weeks would make the briefing schedule due November 9, 2007.

In support of this joint motion, the parties would state that pursuant to the Court's suggestion, a mediation was held on September 7, 2007; not all issues were resolved during that mediation; the parties have continued discussions since the conclusion of the mediation and have made significant progress. The parties believe that some additional time for discussions would be fruitful.

A/72284134.1/0078210-0000306811

-2-

In addition, the two additional weeks requested takes into consideration certain other pre-existing commitments by counsel for the parties.

DATED:  October 26, 2007

Respectfully submitted,

**BIOPURE CORPORATION, THOMAS A. MOORE, CARL W. RAUSCH, DAVID N. JUDELSON, CHARLES A. SANDERS, C. EVERETT KOOP, DANIEL P. HARRINGTON and J. RICHARD CROUT,**

By their attorneys

/s/ Michael D. Blanchard
Robert A. Buhlman, BBO#554393
Michael D. Blanchard, BBO#636860
**BINGHAM McCUTCHEN LLP**
150 Federal Street
Boston, MA  02110-1726
Telephone:  (617) 951-8000
Facsimile:   (617) 951-8736

/s/ Douglas S. Johnston
Timothy L. Miles (pro hac vice)
Douglas S. Johnston, Jr. (pro hac vice)
George E. Barrett (pro hac vice)
BARRETT, JOHNSTON & PARSLEY
217 Second Ave. North
Nashville, TN  37201
Telephone:  (615) 244-2202
Facsimile:   (615) 252-3798

Brian J. Robbins
Jeffrey P. Fink
ROBBINS UMEDA & FINK, LLP
1010 Second Ave. - Suite 2360
San Diego, CA  92101
Telephone:  (619) 525-3990
Facsimile:   (619) 525-3991

Plaintiff's Co-Lead Counsel

-3-

        Mary T. Sullivan, BBO #487130
        SEGAL ROITMAN & COLEMAN
        11 Beacon St. - Suite 500
        Boston, MA  02108
        Telephone:  (617) 742-0208
        Facsimile:   (617) 742-2187

        Plaintiff's Liaison Counsel

        James G. Stranch
        BRANSTEITTER, KILGORE, STRANCH & JENNINGS
        227 Second Ave. North
        Nashville, TN  37201
        Telephone:  (615) 254-8801
        Facsimile:   (615) 255-5419

        Plaintiff's Counsel

## CERTIFICATION OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served on all Filing Users through the Court's Electronic Filing System on this the 26th day of October, 2007.

/s/ Michael D. Blanchard
Michael D. Blanchard