UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE BIOPURE CORPORATION ) <br> DERIVATIVE LITIGATION ) <br> ) <br> ) <br> ) <br> _____ ) | Master Docket No. 1:04-cv-10177-NG <br> (Consolidated Derivative Action) <br><br> Assigned to: Judge J. Nancy Gertner <br><br> Magistrate Judge Alexander |

## JOINT MOTION FOR ADDITIONAL TIME FOR BRIEFING SCHEDULE

The parties jointly move the Court for an additional two (2) weeks before filing the joint briefing schedule on the Special Litigation Committee's pending Motion to Dismiss. The additional two weeks would make the briefing schedule due November 26, 2007.

In support of this joint motion, the parties would state that pursuant to the Court's suggestion, a mediation was held on September 7, 2007; not all issues were resolved during that mediation; the parties have continued discussions since the conclusion of the mediation and have made significant progress. The parties believe that some additional time for discussions would be fruitful.

In addition, the two additional weeks requested takes into consideration certain other pre-existing commitments by counsel for the parties.

DATED: November 9, 2007.

Respectfully submitted,

BIOPURE CORPORATION, THOMAS A. MOORE, CARL W. RAUSCH, DAVID N. JUDELSON, CHARLES A. SANDERS, C. EVERETT KOOP, DANIEL P. HARRINGTON and J. RICHARD CROUT,

By their attorneys


/s/     Michael D. Blanchard
Robert A. Buhlman, BBO #554393
Eunice E. Lee, BBO #639856
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110
Telephone: 617/951-8000
Facsimile: 617/951-8736


/s/     George E. Barrett
George E. Barrett (*pro hac vice*)
Timothy L. Miles (*pro hac vice*)
Douglas S. Johnston, Jr. (*pro hac vice*)
BARRETT, JOHNSTON & PARSLEY
217 Second Avenue, North
Nashville, TN 37201
Telephone: 615/244-2202
Facsimile: 615/252-3798

Brian J. Robbins
Jeffrey P. Fink
ROBBINS UMEDA & FINK, LLP
1010 Second Avenue, Suite 2360
San Diego, CA 92101
Telephone: 619/525-3990
Facsimile: 619/525-3991

Plaintiffs' Co-Lead Counsel

## CERTIFICATE OF SERVICE

I hereby certify a true and exact copy of the foregoing has been served on all Filing Users through the Court's Electronic Filing System on this the 9th day of November, 2007.

/s/ George E. Barrett.
George E. Barrett