UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE BIOPURE CORPORATION, DERIVATIVE LITIGATION | ) Master Docket No. 1:04-cv-10177 (NG) ) ) Assigned to Judge J. Nancy Gertner ) ) Magistrate Judge Alexander ) |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND SUBSTITUTION OF ATTORNEY

Notice is hereby given of the withdrawal of appearance of John A.D. Gilmore as counsel for the Special Litigation Committee of the Board of Directors of Biopure Corporation.

DLA Piper US LLP will continue as counsel for the Special Litigation Committee through Bruce E. Falby, whose mailing address and contact information is as follows:

> Bruce E. Falby (BBO #544143)
> DLA Piper US LLP
> 33 Arch Street, 26th Floor
> Boston, MA 02110
> Tel. (617) 406-6000
> Fax    (617) 406-6100
> E-mail: bruce.falby@dlapiper.com

> Respectfully submitted,
>
> /s/ John A.D. Gilmore
> John A.D. Gilmore (BBO #193060)
> DLA Piper US LLP
> 33 Arch Street, 26th Floor
> Boston, MA 02110
> Tel. (617) 406-6006

Dated: January 9, 2008

BOST1\503775.1

## Certificate of Service

I, John A.D. Gilmore, hereby certify that on this 9th day of January, 2008, a true copy of the foregoing document was filed through the ECF system and will be electronically sent to the registered participants and attorneys of record as identified on the Notice of Electronic Filing (NEF).

/s/ John A.D. Gilmore
John A.D. Gilmore