UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE BIOPURE CORPORATION ) | Master Docket No. 1:04-cv-10177-NG |
| DERIVATIVE LITIGATION ) | (Consolidated Derivative Action) |
| ) | |
| ) | Assigned to: Judge J. Nancy Gertner |
| ) | |
| ) | Magistrate Judge Alexander |

## JOINT STATUS REPORT

Although the parties have engaged in lengthy and extensive discussions as well as a mediation in Boston in September of 2007, the parties have been unable to agree on appropriate settlement terms. Accordingly, the parties will be proceeding with the Special Litigation Committee's Motion to Dismiss and are working on a schedule. The parties expect that they will present to the Court a schedule for further proceedings within ten (10) business days.

DATED: March 14, 2008

Respectfully submitted,

/s/ George E. Barrett
Douglas S. Johnston, Jr. (*pro hac vice*)
George E. Barrett (*pro hac vice*)
Timothy L. Miles (*pro hac vice*)
BARRETT, JOHNSTON & PARSLEY
217 Second Avenue, North
Nashville, TN 37201
Telephone: (615) 244-2202
Facsimile: (615) 252-3798
djohnston@barrettjohnston.com
gbarrett@barrettjohnston.com
tmiles@barrettjohnston.com

        Jeffrey P. Fink
        Caroline A. Schnurer
        ROBBINS UMEDA & FINK, LLP
        610 West Ash Street, Suite 1800
        San Diego, CA 92101
        Telephone: (619) 525-3990
        Facsimile: (619) 525-3991

        Plaintiffs' Co-Lead Counsel

        Mary T. Sullivan, BBO #487130
        SEGAL ROITMAN & COLEMAN
        11 Beacon Street, Suite 500
        Boston, MA 02108
        Telephone: (617) 742-0208
        Facsimile: (617) 742-2187

        Plaintiffs' Liaison Counsel

        James G. Stranch
        BRANSTETTER, KILGORE,
          STRANCH & JENNINGS
        227 Second Avenue North
        Nashville, TN 37201
        Telephone: (615) 254-8801
        Facsimile: (615) 255-5419


        <u>/s/ Robert A. Buhlman (with permission)</u>
        Robert A. Buhlman
        BINGHAM McCUTCHEN LLP
        150 Federal Street
        Boston, MA 02110

        Counsel for Defendants


        <u>/s/ Bruce E. Falby (with permission)</u>
        Bruce E. Falby
        DLA Piper Rudnick Gray Cary US LLP
        33 Arch Street
        26th Floor
        Boston, MA 02110-1447
        617-406-6020
        Fax: 617-406-6100
        Email: bruce.falby@dlapiper.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this the 14th day of March, 2008, a true copy of the foregoing document was filed through the ECF system and will be electronically sent to the registered participants and attorneys of record listed below:

Jeffrey P. Fink
Caroline A. Schnurer
ROBBINS UMEDA & FINK, LLP
610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

Mary T. Sullivan, BBO #487130
SEGAL ROITMAN & COLEMAN
11 Beacon Street, Suite 500
Boston, MA 02108
Telephone: (617) 742-0208
Facsimile: (617) 742-2187

James G. Stranch
BRANSTETTER, KILGORE,
 STRANCH & JENNINGS
227 Second Avenue North
Nashville, TN 37201
Telephone: (615) 254-8801
Facsimile: (615) 255-5419

Robert A. Buhlman
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110

Bruce E. Falby
DLA Piper Rudnick Gray Cary US LLP
33 Arch Street
26th Floor
Boston, MA 02110-1447

                                              /s/ George E. Barrett
                                              GEORGE E. BARRETT