UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **IN RE BIOPURE CORPORATION** | ) | **Master Docket No. 1:04-cv-10177-NG** |
| **DERIVATIVE LITIGATION** | ) | **(Consolidated Derivative Action)** |
| | ) | |
| | ) | **Assigned to: Judge J. Nancy Gertner** |
| | ) | |
| _____) | | **Magistrate Judge Alexander** |

**[PROPOSED] AGREED SCHEDULING ORDER**

Pending before the Court is a Motion to Dismiss the Verified Consolidated Second Amended Shareholder Derivative Complaint filed by Biopure's Special Litigation Committee ("SLC"). For further briefing on that Motion to Dismiss, the Court hereby orders, the following schedule:

1. Between the date of this Order and April 17, 2008, the parties shall attempt to agree on what discovery is required for Plaintiffs' response to the SLC's Motion to Dismiss. If the parties can agree, such discovery shall be completed by May 30, 2008. If the parties cannot agree, discovery motions shall be made by April 30, 2008.

2. If there are no discovery motions, Plaintiffs shall file their responses to the SLC's Motion to Dismiss no later than July 1, 2008. If there are discovery motions, Plaintiffs shall complete any discovery within thirty (30) days of the decision on the motions, if any discovery is permitted, and file their response no later than sixty (60) days after the decision on the discovery motions, or as otherwise ordered.

3. Any reply in support of the SLC's Motion to Dismiss must be filed no later than thirty (30) days after the filing of Plaintiffs' response.

_____
JUDGE J. NANCY GERTNER