UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **IN RE BIOPURE CORPORATION** | ) | **Master Docket No. 1:04-cv-10177-NG** |
| **DERIVATIVE LITIGATION** | ) | **(Consolidated Derivative Action)** |
| | ) | |
| | ) | Assigned to: Judge J. Nancy Gertner |
| | ) | |
| | ) | Magistrate Judge Alexander |

**DEFENDANTS' AND THE SPECIAL LITIGATION COMMITTEE'S
MOTION FOR A SCHEDULING ORDER**

Defendants and the Special Litigation Committee for Biopure Corporation (the "SLC") hereby move this Court to enter a proposed scheduling order in the form attached. In support of this motion, Defendants and the SLC state as follows:

1. The parties to this litigation have been going through extensive settlement discussions in an attempt to settle this case. Those discussions are continuing.

2. In the interest of committing to a briefing schedule, Defendants and the SLC submit the attached, proposed order. The current posture of this case is that the SLC has moved to dismiss the action, following the SLC's investigation and determination that the action is not in the best interest of Biopure Corporation. That motion and the supporting papers have been filed with the Court. Plaintiffs have not yet opposed that motion. The attached, proposed schedule is simple in that it provides that the parties would first attempt to agree on what discovery, if any, is necessary for plaintiffs' opposition. If the parties reach an agreement, the discovery, if any, will be completed by May 30, 2008 and plaintiffs shall file their response to the SLC's motion no later than July 1, 2008. If the parties cannot agree on what discovery, if any, is appropriate, the parties may submit motions regarding the discovery by April 30, 2008. In that event, plaintiffs shall complete the discovery, if any, within thirty days of the decision on

the motions and file the opposition no later than sixty days after the decision on the motions, or as otherwise ordered.

3. This proposed order best provides for the orderly progression while also allowing the current settlement discussions to conclude one way or the other.

## LOCAL RULE 7.1(a)(2) CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), the undersigned counsel conferred on April 4, 2008 with counsel for the plaintiffs in an attempt in good faith to resolve or narrow the issues presented by this motion, but was unable to narrow said issues.

DATED: April 4, 2008

/s/ Robert A. Buhlman
Robert A. Buhlman
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110
Counsel for Defendants

/s/ Bruce E. Falby
Bruce E. Falby
DLA Piper Rudnick Gray Cary US LLP
33 Arch Street
26th Floor
Boston, MA 02110-1447
617-406-6020
Fax: 617-406-6100
Email: bruce.falby@dlapiper.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this the 4th day of April, 2008, a true copy of the foregoing document was filed through the ECF system and will be electronically sent to the registered participants and attorneys of record listed below:

Jeffrey P. Fink
Caroline A. Schnurer
ROBBINS UMEDA & FINK, LLP
610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

Mary T. Sullivan, BBO #487130
SEGAL ROITMAN & COLEMAN
11 Beacon Street, Suite 500
Boston, MA 02108
Telephone: (617) 742-0208
Facsimile: (617) 742-2187

James G. Stranch
BRANSTETTER, KILGORE,
  STRANCH & JENNINGS
227 Second Avenue North
Nashville, TN 37201
Telephone: (615) 254-8801
Facsimile: (615) 255-5419

Robert A. Buhlman
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110

Bruce E. Falby
DLA Piper Rudnick Gray Cary US LLP
33 Arch Street
26th Floor
Boston, MA 02110-1447

                        / s/ Robert Buhlman