UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **IN RE BIOPURE CORPORATION** | ) | **Master Docket No. 1:04-cv-10177-NG** |
| **DERIVATIVE LITIGATION** | ) | **(Consolidated Derivative Action)** |
| | ) | |
| | ) | **Assigned to: Judge J. Nancy Gertner** |
| | ) | |
| _____ | ) | **Magistrate Judge Alexander** |

## MOTION FOR SCHEDULING ORDER

Come the Plaintiffs, by and through counsel and move this Court to enter an order scheduling matters pertaining to the pending Motion to Dismiss filed by the Special Litigation Committee ("SLC"). Plaintiffs have attached hereto a proposed scheduling order which takes into consideration all outstanding issues, including the potentiality for resolving any possible discovery disputes.

On information and belief, the Defendants and/or the SLC are filing contemporaneously a proposed scheduling order which, in essence, postpones addressing discovery issues which are likely to arise. In contrast, the Plaintiffs' proposed order addresses all foreseeable issues as conscientiously as possible.

Therefore, Plaintiffs respectfully request this Court to enter the Plaintiffs' proposed scheduling order and to deny Defendants' motion, if one is filed.

DATED: April 4, 2008

Respectfully submitted:

/s/ George E. Barrett
Douglas S. Johnston, Jr. (*pro hac vice*)
George E. Barrett (*pro hac vice*)
Timothy L. Miles (*pro hac vice*)
BARRETT, JOHNSTON & PARSLEY
217 Second Avenue, North
Nashville, TN 37201
Telephone: (615) 244-2202
Facsimile: (615) 252-3798
djohnston@barrettjohnston.com
gbarrett@barrettjohnston.com
tmiles@barrettjohnston.com

Jeffrey P. Fink
Caroline A. Schnurer
ROBBINS UMEDA & FINK, LLP
610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

Plaintiffs' Co-Lead Counsel

Mary T. Sullivan, BBO #487130
SEGAL ROITMAN & COLEMAN
11 Beacon Street, Suite 500
Boston, MA 02108
Telephone: (617) 742-0208
Facsimile: (617) 742-2187

Plaintiffs' Liaison Counsel

James G. Stranch
BRANSTETTER, KILGORE,
  STRANCH & JENNINGS
227 Second Avenue North
Nashville, TN 37201
Telephone: (615) 254-8801
Facsimile: (615) 255-5419

**CERTIFICATE OF SERVICE**

  I hereby certify that on this the 4th day of April, 2008, a true copy of the foregoing document was filed through the ECF system and will be electronically sent to the registered participants and attorneys of record listed below:

Jeffrey P. Fink
Caroline A. Schnurer
ROBBINS UMEDA & FINK, LLP
610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

Mary T. Sullivan, BBO #487130
SEGAL ROITMAN & COLEMAN
11 Beacon Street, Suite 500
Boston, MA 02108
Telephone: (617) 742-0208
Facsimile: (617) 742-2187

James G. Stranch
BRANSTETTER, KILGORE,
 STRANCH & JENNINGS
227 Second Avenue North
Nashville, TN 37201
Telephone: (615) 254-8801
Facsimile: (615) 255-5419

Robert A. Buhlman
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110

Bruce E. Falby
DLA Piper Rudnick Gray Cary US LLP
33 Arch Street
26th Floor
Boston, MA 02110-1447

              /s/ George E. Barrett
              GEORGE E. BARRETT

3