UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **IN RE BIOPURE CORPORATION** | ) | **Master Docket No. 1:04-cv-10177-NG** |
| **DERIVATIVE LITIGATION** | ) | **(Consolidated Derivative Action)** |
| | ) | |
| | ) | **Assigned to: Judge J. Nancy Gertner** |
| | ) | |
| | ) | **Magistrate Judge Alexander** |

## [PROPOSED] SCHEDULING ORDER

Pending before the Court is a Motion to Dismiss the Verified Consolidated Second Amended Shareholder Derivative Complaint filed by Biopure's Special Litigation Committee ("SLC"). The Court hereby orders, the following schedule for matters relevant to that Motion:

1. Defendants and the SLC shall complete all responses to Plaintiffs' outstanding discovery requests relevant to the Motion to Dismiss no later than April 25, 2008;

2. Any motions to compel relating to discovery relevant to the Motion to Dismiss shall be filed no later than May 5, 2008, any responses thereto by May 12, 2008, and any replies by May 16, 2008;

3. To the extent that a party is ordered to provide additional discovery materials, such materials shall be provided no later than seven (7) calendar days after entry of the Order compelling such additional discovery;

4. Depositions shall be completed by the later of June 13, 2008 or twenty-eight (28) days after the entry of any order related to the motions to compel referenced in Paragraph 2 above;

5. Plaintiffs shall file their response to the SLC's Motion to Dismiss no later than twenty-one (21) days after the completion of depositions; and

6. Any reply in support of the motion to dismiss must be filed no later than thirty (30) days after the filing of Plaintiffs' response.

_____
JUDGE J. NANCY GERTNER

DATED: April 4, 2008

Respectfully submitted:

/s/ George E. Barrett
Douglas S. Johnston, Jr. (*pro hac vice*)
George E. Barrett (*pro hac vice*)
Timothy L. Miles (*pro hac vice*)
BARRETT, JOHNSTON & PARSLEY
217 Second Avenue, North
Nashville, TN 37201
Telephone: (615) 244-2202
Facsimile: (615) 252-3798
djohnston@barrettjohnston.com
gbarrett@barrettjohnston.com
tmiles@barrettjohnston.com

Jeffrey P. Fink
Caroline A. Schnurer
ROBBINS UMEDA & FINK, LLP
610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

Plaintiffs' Co-Lead Counsel

Mary T. Sullivan, BBO #487130
SEGAL ROITMAN & COLEMAN
11 Beacon Street, Suite 500
Boston, MA 02108
Telephone: (617) 742-0208
Facsimile: (617) 742-2187

Plaintiffs' Liaison Counsel

        James G. Stranch
        BRANSTETTER, KILGORE,
         STRANCH & JENNINGS
        227 Second Avenue North
        Nashville, TN 37201
        Telephone: (615) 254-8801
        Facsimile: (615) 255-5419

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 4th day of April, 2008, a true copy of the foregoing document was filed through the ECF system and will be electronically sent to the registered participants and attorneys of record listed below:

Jeffrey P. Fink
Caroline A. Schnurer
ROBBINS UMEDA & FINK, LLP
610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

Mary T. Sullivan, BBO #487130
SEGAL ROITMAN & COLEMAN
11 Beacon Street, Suite 500
Boston, MA 02108
Telephone: (617) 742-0208
Facsimile: (617) 742-2187

James G. Stranch
BRANSTETTER, KILGORE,
 STRANCH & JENNINGS
227 Second Avenue North
Nashville, TN 37201
Telephone: (615) 254-8801
Facsimile: (615) 255-5419

Robert A. Buhlman
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110

Bruce E. Falby
DLA Piper Rudnick Gray Cary US LLP
33 Arch Street
26th Floor
Boston, MA 02110-1447

                                                  /s/ George E. Barrett
                                                  GEORGE E. BARRETT