UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **IN RE BIOPURE CORPORATION** | ) | **Master Docket No. 1:04-cv-10177-NG** |
| **DERIVATIVE LITIGATION** | ) | **(Consolidated Derivative Action)** |
| | ) | |
| | ) | **Assigned to: Judge J. Nancy Gertner** |
| | ) | |
| | ) | **Magistrate Judge Alexander** |

## MOTION TO COMPEL

Pursuant to Fed. R. Civ. P. 37(a)(2)(B) and in accordance with the Court's Scheduling Order entered on April 30, 2008 (Docket No. 95), Plaintiffs move the Court for an order compelling Defendants to produce all minutes of the meetings of the Board of Directors ("Board") of Biopure Corporation ("Biopure") from October 12, 2004 (the date on which the first member of the Special Litigation Committee ("SLC") was appointed to the Board) to the present.

The basis for this motion is that these minutes are clearly relevant to the independence of the members of the SLC. However, Defendants have failed to produce any of the minutes with the exception of one set relating solely to the formation and composition of the SLC. Therefore, Plaintiffs respectfully request that the Court enter an order compelling Defendants to produce all of the Board minutes from October 12, 2004 to the present.

A memorandum of points and authorities in support of this motion is filed contemporaneously herewith.

DATED: May 5, 2008                    Respectfully submitted:


/s/ Timothy L. Miles
Douglas S. Johnston, Jr. (*pro hac vice*)
George E. Barrett (*pro hac vice*)
Timothy L. Miles (*pro hac vice*)
BARRETT, JOHNSTON & PARSLEY
217 Second Avenue, North
Nashville, TN 37201
Telephone: (615) 244-2202
Facsimile: (615) 252-3798
djohnston@barrettjohnston.com
gbarrett@barrettjohnston.com
tmiles@barrettjohnston.com

Jeffrey P. Fink
Caroline A. Schnurer
ROBBINS UMEDA & FINK, LLP
610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

Plaintiffs' Co-Lead Counsel

Mary T. Sullivan
SEGAL ROITMAN, LLP
111 Devonshire St.
Boston, MA 02109
Telephone: (617) 742 0208 x 234
Facsimile:  (617) 742 2187

Plaintiffs' Liaison Counsel

James G. Stranch
BRANSTETTER, KILGORE,
 STRANCH & JENNINGS
227 Second Avenue North
Nashville, TN 37201
Telephone: (615) 254-8801
Facsimile: (615) 255-5419

**LOCAL RULE 7.1(a)(2) AND FED. R. CIV. P. 37(a)(2)(B) CERTIFICATIONS**

    I, Timothy L. Miles, hereby certify that counsel for the Plaintiffs conferred with counsel for Defendants in good faith to resolve or narrow the issues presented in this motion and to secure the information without Court action. Counsel for Defendants opposes the relief sought by this motion.

                                                  /s/ Timothy L. Miles
                                                  Timothy L. Miles

**CERTIFICATE OF SERVICE**

      I hereby certify that on this the 5th day of May, 2008, a true copy of the foregoing *Motion to Compel* was filed through the ECF system and will be electronically sent to the registered participants and attorneys of record listed below:

Jeffrey P. Fink
Caroline A. Schnurer
ROBBINS UMEDA & FINK, LLP
610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

Mary T. Sullivan, BBO #487130
SEGAL ROITMAN & COLEMAN
11 Beacon Street, Suite 500
Boston, MA 02108
Telephone: (617) 742-0208
Facsimile: (617) 742-2187

James G. Stranch
BRANSTETTER, KILGORE,
  STRANCH & JENNINGS
227 Second Avenue North
Nashville, TN 37201
Telephone: (615) 254-8801
Facsimile: (615) 255-5419

Robert A. Buhlman
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110

Bruce E. Falby
DLA Piper Rudnick Gray Cary US LLP
33 Arch Street
26th Floor
Boston, MA 02110-1447

                                            /s/ Timothy L. Miles
                                            TIMOTHY L. MILES