# BINGHAM

Robert A Buhlman
Direct Phone: (617) 951-8717
Direct Fax:     (617) 951-8736
robert.buhlman@bingham.com

April 16, 2008

**VIA ELECTRONIC AND REGULAR MAIL**

Douglas S. Johnston, Jr., Esq.
Barrett, Johnston & Parsley
217 Second Avenue North
Nashville, TN 37201

**Re:   In re Biopure Derivative Litigation**

Dear Mr Johnston:

I write in follow up to our April 11 and April 14, 2008 conversations regarding Defendants' August 11, 2006 Response to Plaintiffs Request for Production of Documents Regarding Independence and Disinterestedness of the SLC.[1] You made three requests during our conversations which I have addressed in turn below.

You asked us to review the issue of whether we would withdraw in part our objections to Request No. 6, requesting copies of all minutes of the [Biopure Corporation] Board since October 12, 2004. We objected except to the extent the minutes concerned "the formation, composition or independence of the SLC." We produced those minutes. You have now asked that we withdraw our objection in part to produce any minutes which reference the derivative action. We have reviewed the Board minutes and can inform you that even if we were to withdraw the objection, there would be no additional minutes to produce because the only references in the minutes to the derivative action are privileged status updates from counsel.

You also asked about exhibits to the SLC Report. Our copy of the SLC Report contains one exhibit, Exhibit A, which lists the individuals who provided testimony to the SEC. You reported you have that exhibit. We know of no other exhibits.

During our discussions you also asked whether the SLC reviewed any other documents in addition to the 37,000 documents referenced in the SLC Report. As the SLC was an independent committee appointed to investigate and report on the claims asserted in the derivative litigation, neither the individual defendants nor nominal defendant Biopure Corporation has any further knowledge of what documents the SLC reviewed beyond what is disclosed in the SLC Report. As I mentioned on the telephone, I have a recollection of delivering the relevant insurance policies to counsel to the SLC, but you already have those policies.

---

[1] SLC means the Special Litigation Committee which reviewed your shareholder derivative claim

Boston
Hartford
Hong Kong
London
Los Angeles
New York
Orange County
San Francisco
Santa Monica
Silicon Valley
Tokyo
Walnut Creek
Washington

Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110-1726

T 617.951.8000
F 617.951.8736
bingham.com

A/72505475.1

Douglas S. Johnston, Jr., Esq.
April 16, 2008
Page 2

Best regards

Yours truly,

Robert A. Buhlman

RAB:pmd

cc:   Bruce E. Falby, Esq

Bingham McCutchen LLP
bingham.com

A/72505475.1