# BARRETT, JOHNSTON & PARSLEY
## LAW OFFICES

GEORGE E. BARRETT
DOUGLAS S. JOHNSTON, JR.*
D. SCOTT PARSLEY
EDMUND L. CAREY, JR.
TIMOTHY L. MILES
GERALD E. MARTIN
MICHAEL K. PARSLEY
LAUREL A. JOHNSTON
DAVID W. GARRISON

217 SECOND AVENUE NORTH
NASHVILLE, TENNESSEE 37201
TELEPHONE: 615-244-2202
FAX NUMBER: 615-252-3798

Writer's email:

djohnston@barrettjohnston.com

April 17, 2008

Robert A. Buhlman
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110

Re:   *In re Biopure Corporation Derivative Litigation*
      **Civil Action No.: 04-10177-NG**

Dear Bob:

We are in receipt of your letter of April 16, 2008 responding to a request we made during our meet and confer discussions of April 11 and 14.

In regard to our request for minutes of the Board from October 14, 2004 onward, we have not limited our request only to those minutes which expressly refer to the derivative litigation. Rather, we believe we are entitled to those minutes to determine for ourselves whether or not anything in them might reflect on the independence or disinterestedness of the two members of the Board who were later selected to serve as the SLC.

To the extent that there may exist some privilege issues as to portions of those minutes, the appropriate response would be to produce them with any privileged portions redacted, with careful and thorough documentation of those redactions in a privilege log.

We have already limited production of the minutes to the period beginning in October of 2004 when the first of the Board members later appointed to the SLC began his service on the Board. We are willing to further limit that production to conclude as of the date of the SLC's report.

---

* Certified Civil Trial Specialist by the Tennessee Commission on Continuing Legal Education & Specialization; and Certified in Civil Trial Advocacy by the National Board of Trial Advocacy

    Please let me know if this is acceptable as we would like to avoid discovery motion practice if possible.

Sincerely,

DOUGLAS S. JOHNSTON, JR

DSJ/mm

cc:    Mary T. Sullivan
        Jeffrey P. Fink
        Bruce E. Falby