# BINGHAM

Robert A. Buhlman
Direct Phone: (617) 951-8717
Direct Fax:   (617) 951-8736
robert.buhlman@bingham.com

May 2, 2008

**VIA ELECTRONIC AND REGULAR MAIL**

Douglas S. Johnston, Jr., Esq.
Barrett, Johnston & Parsley
217 Second Avenue North
Nashville, TN 37201

**Re: In re Biopure Derivative Litigation**

Dear Doug:

    I am writing in response to your letter dated April 17, 2008.

    The letter concerns Document Request No. 6 in Plaintiffs' First Request for Production of Documents Regarding Independence and Disinterestedness of SLC. In that Request No. 6, plaintiffs requested "all copies of the minutes of the Board [of Directors of Biopure Corporation] since October 12, 2004." In defendants' response to this Request, we objected on several grounds, including attorney-client privilege, work product doctrine, relevance and scope. However, we agreed to produce minutes of the Board since October 12, 2004 concerning the formation, composition or independence of the SLC. Production of those minutes has already been made to you.

    Following our more recent telephone communications about the Board minutes issue, I wrote you a letter on April 16, 2008 explaining that even if we were to withdraw our objection and agreed to produce minutes which reference the pending derivative action in which you represent the plaintiffs, there would be no additional minutes to produce because the only references in the minutes to the derivative action during the period requested are privileged status updates from counsel.

    It appears in your April 17, 2008 letter that you are again seeking all minutes regardless of topic from October 14, 2004 [sic]. We have reviewed carefully the law governing the proper scope of discovery on the limited issue of disinterestedness of members of a special litigation committee. We do not believe that the law permits discovery of all minutes as you have requested. Accordingly, we stand by the position set forth in our written response to the request originally, as elaborated further in my letter dated April 16, 2008.

Boston
Hartford
Hong Kong
London
Los Angeles
New York
Orange County
San Francisco
Santa Monica
Silicon Valley
Tokyo
Walnut Creek
Washington

Bingham McCutchen LLP
150 Federal Street
Boston MA 02110-1726

T 617.951.8000
F 617.951.8736
bingham.com

A/72523377.1

Douglas S. Johnston, Jr., Esq.
May 2, 2008
Page 2

Best regards.

Yours truly,

Robert A. Buhlman

RAB:pmd

cc:    Bruce E. Falby, Esq.