UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE BIOPURE CORPORATION**  )<br>**DERIVATIVE LITIGATION**           )<br>                                                      )<br>                                                      )<br>                                                      )<br>_____) | Master Docket No. 1:04-cv-10177-NG<br>(Consolidated Derivative Action)<br><br>Assigned to: Judge J. Nancy Gertner<br><br>Magistrate Judge Alexander |

**APPENDIX OF STATE CASES CITED IN THE MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL**

CASES                                                                                                                        TAB

*Beam v. Stewart*,
    845 A.2d 1040 (Del. 2004) ................................................................................................... 1

*H.F. Ahmanson & Co. v. Great W. Fin. Corp.*,
    Civil Action No. 15650, 1997 Del. Ch. LEXIS 55 (Del. Ch. Apr. 25, 1997) ............................ 2

*In re Best Lock Corp. Shareholder Litig.*,
    2000 Del. Ch. LEXIS 175 (Del. Ch. Dec. 18, 2000) ................................................................ 3

*In re Netsmart Techs., Inc. S'holders Litig.*,
    924 A.2d 171 (Del. Ch. 2007) .................................................................................................. 4

*In re Oracle Corp. Derivative Litig.*,
    824 A.2d 917 (Del. Ch. 2003) .................................................................................................. 5

*Lewis v. Fuqua*,
    502 A.2d 962 (Del. Ch. 1985) .................................................................................................. 6

*Romero v. Dowdell*,
    Civil Action No. 1398-N, 2006 Del. Ch. LEXIS 82 (Del. Ch. Apr. 28, 2006) ......................... 7

DATED: May 5, 2008                                     Respectfully submitted:


/s/ Timothy L. Miles
Douglas S. Johnston, Jr. (*pro hac vice*)
George E. Barrett (*pro hac vice*)
Timothy L. Miles (*pro hac vice*)
BARRETT, JOHNSTON & PARSLEY
217 Second Avenue, North
Nashville, TN 37201
Telephone: (615) 244-2202
Facsimile: (615) 252-3798
djohnston@barrettjohnston.com
gbarrett@barrettjohnston.com
tmiles@barrettjohnston.com

Jeffrey P. Fink
Caroline A. Schnurer
ROBBINS UMEDA & FINK, LLP
610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

Plaintiffs' Co-Lead Counsel

Mary T. Sullivan
SEGAL ROITMAN, LLP
111 Devonshire St.
Boston, MA 02109
Telephone: (617) 742 0208 x 234
Facsimile:  (617) 742 2187

Plaintiffs' Liaison Counsel

James G. Stranch
BRANSTETTER, KILGORE,
 STRANCH & JENNINGS
227 Second Avenue North
Nashville, TN 37201
Telephone: (615) 254-8801
Facsimile: (615) 255-5419

**CERTIFICATE OF SERVICE**

      I hereby certify that on this the 5th day of May, 2008, a true copy of the *Appendix of State Cases Cited in the Memorandum of Points and Authorities in Support of Plaintiffs' Motion to Compel* was filed through the ECF system and will be electronically sent to the registered participants and attorneys of record listed below:

Jeffrey P. Fink
Caroline A. Schnurer
ROBBINS UMEDA & FINK, LLP
610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

Mary T. Sullivan, BBO #487130
SEGAL ROITMAN & COLEMAN
11 Beacon Street, Suite 500
Boston, MA 02108
Telephone: (617) 742-0208
Facsimile: (617) 742-2187

James G. Stranch
BRANSTETTER, KILGORE,
 STRANCH & JENNINGS
227 Second Avenue North
Nashville, TN 37201
Telephone: (615) 254-8801
Facsimile: (615) 255-5419

Robert A. Buhlman
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110

Bruce E. Falby
DLA Piper Rudnick Gray Cary US LLP
33 Arch Street
26th Floor
Boston, MA 02110-1447

                                            /s/ Timothy L. Miles
                                            TIMOTHY L. MILES