# BARRETT, JOHNSTON & PARSLEY
## LAW OFFICES

GEORGE E. BARRETT
DOUGLAS S JOHNSTON JR *
D. SCOTT PARSLEY
EDMUND L CAREY, JR
TIMOTHY L. MILES
GERALD E. MARTIN
MICHAEL K. PARSLEY
LAUREL A JOHNSTON
DAVID W. GARRISON

217 SECOND AVENUE NORTH
NASHVILLE, TENNESSEE 37201
TELEPHONE: 615-244-2202
FAX NUMBER: 615-252-3798

Writer's email:

djohnston@barrettjohnston.com

April 24, 2008

Bruce E. Falby
DLA Piper Rudnick Gray Cary US LLP
33 Arch Street, 26th Floor
Boston, MA 02110-1447

Re: *In re Biopure Corporation Derivative Litigation*
Civil Action No.: 04-10177-NG

Dear Bruce:

At the conclusion of our meet and confer telephone conference on Friday, April 11, 2008, I understood that you were intending to tell us by Wednesday, April 16, 2008 if the SLC had provided all the documents we had requested. To date, we have not heard from you. Please let me know the status of the SLC discovery responses.

In addition, you were also going to check the availability of your clients for depositions. Please provide us some dates as calendars have a tendency to fill up quickly.

In advance, I thank you for your attention to these matters.

Sincerely,

DOUGLAS S JOHNSTON, JR

DSJ/mm

cc: Mary T. Sullivan
    Jeffrey P Fink
    Robert A. Buhlman

---

* Certified Civil Trial Specialist by the Tennessee Commission on Continuing Legal Education & Specialization; and Certified in Civil Trial Advocacy by the National Board of Trial Advocacy