UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE BIOPURE CORPORATION | ) | Master Docket No. 1:04-cv-10177 (NG) |
| DERIVATIVE LITIGATION | ) | |
| | ) | |
| | ) | Assigned to Judge Nancy Gertner |
| | ) | |
| | ) | Magistrate Judge Alexander |

COMPENDIUM OF UNREPORTED AUTHORITIES CITED IN
DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL

Robert A. Buhlman, BBO #554393
Michael D. Blanchard, BBO #636860
Jason D. Lane, BBO #665816
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110
(617) 951-8000

A/72533272.1

**CASE**                                                                                                                                  **TAB**

*Abbey v. Computer & Communications Technology Corp.*, 1983 WL 18005 (Del. Ch. Apr. 13, 1983) ...................................................................................................................................1

*Kaplan v. Wyatt*, 1984 WL 8274 (Del. Ch. Jan. 18, 1984) ............................................................2

*Kindt v. Lund*, 2001 WL 1671438 (Del. Ch. Dec. 14, 2001) .........................................................3

        Respectfully submitted,

        **THOMAS A. MOORE, CARL W. RAUSCH, DAVID N. JUDELSON, CHARLES A. SANDERS, M.D., C. EVERETT KOOP, M.D., DANIEL P. HARRINGTON, J. RICHARD CROUT, M.D., AND BIOPURE CORPORATION**

        By their attorneys,

        <u>/s/ Robert A. Buhlman</u>
        Robert A. Buhlman, BBO #554393
        Michael D. Blanchard, BBO#636860
        Jason D. Lane, BBO #665816
        BINGHAM McCUTCHEN LLP
        150 Federal Street
        Boston, MA 02110
        (617) 951-8000

Dated: May 12, 2008

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the above document was served electronically upon the attorney of record for each party on May 12, 2008.

                                      /s/ Robert A. Buhlman
                                      Robert A. Buhlman