# TAB 1