**TAB 2**