# TAB 3