# EXHIBIT A

# BARRETT, JOHNSTON & PARSLEY
## LAW OFFICES

GEORGE E. BARRETT
DOUGLAS S. JOHNSTON, JR.*
D. SCOTT PARSLEY
EDMUND L. CAREY, JR.
TIMOTHY L. MILES
GERALD E. MARTIN
MICHAEL K. PARSLEY
LAUREL A. JOHNSTON
DAVID W. GARRISON

217 SECOND AVENUE NORTH
NASHVILLE, TENNESSEE 37201
TELEPHONE: 615-244-2202
FAX NUMBER: 615-252-3798

Writer's email:

djohnston@barrettjohnston.com

Of Counsel
JAMES BRYAN LEWIS

October 24, 2006

**VIA ELECTRONIC AND U.S. MAIL**
Robert A. Buhlman
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110

Re:  *In re Biopure Corporation Derivative Litigation*

Dear Mr. Buhlman:

As you know, the Court on June 19, 2006 entered an Order staying this action until September 1, 2006, pursuant to the Motion of the Special Litigation Committee and providing Plaintiffs some limited discovery. That deadline has now passed.

Please accept this letter as Plaintiffs' request for a copy of any report of the Special Litigation Committee ("SLC"). If no report has yet been provided, please provide us all correspondence, e-mails, and/or other documents provided by the SLC.

In addition, please let me know when you can be available for a meet and confer to discuss any outstanding discovery.

In advance, I thank you for your attention to these matters.

Sincerely,

DOUGLAS S. JOHNSTON, JR.

DSJ/mm

cc:  Jeffrey P. Fink
     Clients
     John Gilmore

---

* Certified Civil Trial Specialist by the Tennessee Commission on Continuing Legal Education & Specialization; and, Certified in Civil Trial Advocacy by the National Board of Trial Advocacy.