# EXHIBIT B

# BARRETT, JOHNSTON & PARSLEY
## LAW OFFICES

GEORGE E BARRETT
DOUGLAS S JOHNSTON, JR *
D. SCOTT PARSLEY
EDMUND L CAREY, JR
TIMOTHY L. MILES
GERALD E. MARTIN
MICHAEL K. PARSLEY
LAUREL A JOHNSTON
DAVID W GARRISON

Of Counsel
JAMES BRYAN LEWIS

217 SECOND AVENUE NORTH
NASHVILLE, TENNESSEE 37201
TELEPHONE: 615-244-2202
FAX NUMBER: 615-252-3798

Writer s email: djohnston@barrettjohnston com

June 28, 2007

Robert A Buhlman, Esq.
Bingham McCutchen, LLP
150 Federal Street
Boston, MA 02110

RE:   *In re Biopure Corporation Derivative Litigation*

Dear Bob:

This is to follow up on our discussion on Wednesday  We had previously requested Board minutes for the period October, 2004, to the present  In response, you proffered objections but provided us minutes from the Board meeting in May of 2006, in which the special litigation committee was appointed

We are renewing our request for the remaining Board minutes  These are relevant to the pending motion because we believe that the securities and derivative litigation were discussed during some, if not all, of these meetings and we know that periodically the company issued press releases regarding the litigation  This was during the period when either Mr Pieper or Mr Neels, or both, were serving on the Board

On a separate issue, but also one we discussed on Wednesday, we have requested and are requesting the information regarding proposed and actual corporate governance changes made by the Board pursuant to the SEC proceedings  This would include the report of the consultant, the Board's response or responses thereto, and any documents reflecting what corporate governance changes were finally adopted

Finally, please let us know if there are blocks of time when you and/or your clients would not be available for mediation  We are contacting Eric Green to determine his availability during the time period mandated by the Court

---

*Certified Civil Trial Specialist by the Tennessee Commission on Continuing Legal Education & Specialization; and Certified in Civil Trial Advocacy by the National Board of Trial Advocacy

Robert A. Buhlman, Esq
Bingham McCutchen, LLP
Page 2
June 28, 2007

In advance, I thank you for your attention to these issues

Sincerely,

Douglas S. Johnston, Jr.

DSJ/dra

cc:   Jeffrey Fink
      Mary T. Sullivan
      Clients