# EXHIBIT C

# Privileged Communications Withheld
## In Re Biopure Corporation Derivative Litigation
### August 11, 2006

Defendants will supplement this list to the extent they withhold any other documents on privileged grounds.

| DATE | AUTHOR | RECIPIENT | CC; BCC | DOCUMENT TITLE | DESCRIPTION | NATURE |
|---|---|---|---|---|---|---|
| 4/17/06 | Guido Neels | Hazel Forney | Jane Kober | Call this week | Email communication regarding SLC investigation | A/C privilege |
| 4/18/06 | Jane Kober | Guido Neels | Jay Pieper | Re: Call this week | Email communication regarding SLC investigation | A/C privilege |
| 4/18/06 | Carol Ann Mayhew | Jane Kober | | FW: Call this week | Email communication regarding SLC investigation | A/C privilege |
| 4/18/06 | Jane Kober | Guido Neels | | FW: Call this week | Email communication regarding SLC investigation | A/C privilege |
| 4/21/06 | Jane Kober | Guido Neels; Jay Pieper | Robert Buhlman | Special litigation committee counsel | Email communication regarding SLC investigation | A/C privilege |
| 4/21/06 | Guido Neels | Jane Kober; Jay Pieper | Robert Buhlman | Re: Special litigation committee counsel | Email communication regarding SLC investigation | A/C privilege |
| 4/21/06 | Jane Kober | Guido Neels | Jay Pieper, Robert Buhlman | Re: Special litigation committee counsel | Email communication regarding SLC investigation | A/C privilege |

| 4/21/06 | Jane Kober | Guido Neels | Jay Pieper, Robert Buhlman | Re: Special litigation committee counsel | Email communication regarding SLC investigation | A/C privilege |
|---|---|---|---|---|---|---|
| 4/21/06 | Jay Pieper | Jane Kober | | Re: Special litigation committee counsel | Email communication regarding SLC investigation | A/C privilege |
| 4/21/06 | Jane Kober | Jay Pieper | | Re: Special litigation committee counsel | Email communication regarding SLC investigation | A/C privilege |
| 5/10/06 | Jane Kober | | | | Notes from meeting with John Gilmore, Ted Altman and Robert Buhlman regarding SLC | A/C privilege |