# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE BIOPURE CORPORATION** ) | Master Docket No. 1:04-cv-10177-NG |
| **DERIVATIVE LITIGATION** ) | (Consolidated Derivative Action) |
| ) | |
| ) | Assigned to: Judge J. Nancy Gertner |
| ) | |
| ) | Magistrate Judge Alexander |

## MOTION TO STRIKE DEFENDANTS' REPLY BRIEF IN FURTHER OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL

Come the Plaintiffs and move this Honorable Court for an Order striking the Defendants' Reply Brief in Further Opposition to Plaintiffs' Motion to Compel (Docket No. 102) filed on May 19, 2008.

In support hereof Plaintiffs would show that Local Rule 7.1(b)(3) expressly requires leave of court for the filing of papers such as Defendants' sur-reply (misnamed as a "Reply"). Defendants failed to seek such leave of court.

In further support, the papers regarding Plaintiffs' Motion to Compel currently pending before the Court have been submitted pursuant to Court Order (Docket No. 95) which contemplates and authorizes a reply brief but neither contemplates nor authorizes any filing post-reply such as Defendants' sur-reply.

Accordingly since Defendants' Reply Brief in Further Opposition to Plaintiffs' Motion to Compel was not authorized by the Court in its scheduling order nor did Defendants seek leave of court prior to filing, the submission should be stricken from the record and not considered by the Court.

DATED: May 20, 2008                    Respectfully submitted:


/s/ George E. Barrett
Douglas S. Johnston, Jr. (*pro hac vice*)
George E. Barrett (*pro hac vice*)
Timothy L. Miles (*pro hac vice*)
BARRETT, JOHNSTON & PARSLEY
217 Second Avenue, North
Nashville, TN 37201
Telephone: (615) 244-2202
Facsimile: (615) 252-3798
djohnston@barrettjohnston.com
gbarrett@barrettjohnston.com
tmiles@barrettjohnston.com

Jeffrey P. Fink
Caroline A. Schnurer
ROBBINS UMEDA & FINK, LLP
610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

Plaintiffs' Co-Lead Counsel

Mary T. Sullivan, BBO #487130
Segal Roitman LLP
111 Devonshire Street, 5th Floor
Boston, MA 02109

Plaintiffs' Liaison Counsel

James G. Stranch
BRANSTETTER, KILGORE,
 STRANCH & JENNINGS
227 Second Avenue North
Nashville, TN 37201
Telephone: (615) 254-8801
Facsimile: (615) 255-5419

**CERTIFICATE OF SERVICE**

      I hereby certify that on this the 20th day of May, 2008, a true copy of the foregoing document was filed through the ECF system and will be electronically sent to the registered participants and attorneys of record listed below:

Jeffrey P. Fink
Caroline A. Schnurer
ROBBINS UMEDA & FINK, LLP
610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

Mary T. Sullivan, BBO #487130
Segal Roitman LLP
111 Devonshire Street, 5th Floor
Boston, MA 02109

James G. Stranch
BRANSTETTER, KILGORE,
  STRANCH & JENNINGS
227 Second Avenue North
Nashville, TN 37201
Telephone: (615) 254-8801
Facsimile: (615) 255-5419

Robert A. Buhlman
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110

Bruce E. Falby
DLA Piper Rudnick Gray Cary US LLP
33 Arch Street
26th Floor
Boston, MA 02110-1447

                                  /s/ George E. Barrett
                                  GEORGE E. BARRETT