UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE BIOPURE CORPORATION<br>DERIVATIVE LITIGATION | )<br>)<br>)<br>)<br>)<br>) | Master Docket No. 1:04-cv-10177-NG<br>(Consolidated Derivative Action)<br><br>Assigned to: Judge J. Nancy Gertner<br><br>Magistrate Judge Alexander |

### MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO STRIKE DEFENDANTS' REPLY BRIEF IN FURTHER OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL

Currently pending before the Court are two matters: a motion to dismiss filed by the Special Litigation Committee ("SLC") and a motion to compel filed by the Plaintiffs in accord with the Scheduling Order entered by the Court on May 1, 2008 (Docket No. 95).

That Scheduling Order expressly contemplates and authorizes the filing of a motion to compel, a response thereto and a reply. In accord with that order, Plaintiffs' motion to compel was filed on May 5, 2008 (Docket No. 96), the Defendants' response was filed May 12, 2008 (Docket No. 99), and Plaintiffs' reply was filed on May 16, 2008 (Docket No. 101).

On May 19, 2008, Defendants filed what was styled as a Reply Brief in Further Opposition to Plaintiffs' Motion to Compel. The is a "reply" to Plaintiffs' reply which is, in reality, a sur-reply. Whatever it is called, it was improperly filed and should be stricken.

Local Rule 7.1(b)(3) states as follows:

> Additional Papers. All other papers not filed as indicated in subsections (b)(1) and (2), whether in the form of a reply brief or otherwise, may be submitted only with leave of court.

Despite this clear mandate requiring Defendants to seek leave of court before filing their so-called "Reply" they failed to do so.

Nor is this filing contemplated by the Scheduling Order entered by the Court on May 1, 2008 (Docket No. 95).

Since Defendants' filing of its "Reply" was not done in accord with the Local Rule nor was it either contemplated or authorized by the previously entered Scheduling Order, the Defendants' "Reply" should be stricken, and not considered by the Court.

DATED: May 20, 2008                                Respectfully submitted:


/s/ George E. Barrett
Douglas S. Johnston, Jr. (*pro hac vice*)
George E. Barrett (*pro hac vice*)
Timothy L. Miles (*pro hac vice*)
BARRETT, JOHNSTON & PARSLEY
217 Second Avenue, North
Nashville, TN 37201
Telephone: (615) 244-2202
Facsimile: (615) 252-3798
djohnston@barrettjohnston.com
gbarrett@barrettjohnston.com
tmiles@barrettjohnston.com

Jeffrey P. Fink
Caroline A. Schnurer
ROBBINS UMEDA & FINK, LLP
610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

Plaintiffs' Co-Lead Counsel

Mary T. Sullivan, BBO #487130
Segal Roitman LLP
111 Devonshire Street, 5th Floor
Boston, MA 02109

Plaintiffs' Liaison Counsel

                    James G. Stranch
                    BRANSTETTER, KILGORE,
                      STRANCH & JENNINGS
                    227 Second Avenue North
                    Nashville, TN 37201
                    Telephone: (615) 254-8801
                    Facsimile: (615) 255-5419

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 20th day of May, 2008, a true copy of the foregoing document was filed through the ECF system and will be electronically sent to the registered participants and attorneys of record listed below:

Jeffrey P. Fink
Caroline A. Schnurer
ROBBINS UMEDA & FINK, LLP
610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

Mary T. Sullivan, BBO #487130
Segal Roitman LLP
111 Devonshire Street, 5th Floor
Boston, MA 02109

James G. Stranch
BRANSTETTER, KILGORE,
  STRANCH & JENNINGS
227 Second Avenue North
Nashville, TN 37201
Telephone: (615) 254-8801
Facsimile: (615) 255-5419

Robert A. Buhlman
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110

Bruce E. Falby
DLA Piper Rudnick Gray Cary US LLP
33 Arch Street
26th Floor
Boston, MA 02110-1447

                                                /s/ George E. Barrett
                                                GEORGE E. BARRETT