UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE BIOPURE CORPORATION  ) <br> DERIVATIVE LITIGATION              ) <br>                                                        ) <br>                                                        ) <br>                                                        ) <br> _____) | Master Docket No. 1:04-cv-10177-NG <br> (Consolidated Derivative Action) <br><br> Assigned to: Judge J. Nancy Gertner <br><br> Magistrate Judge Alexander |

### NOTICE OF CHANGE OF FIRM ADDRESS

TO THE COURT, TO ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that effective May 27, 2008, the new address for counsel for defendants is as follows:

> Robert A. Buhlman, BBO #554393
> Bingham McCutchen LLP
> One Federal Street
> Boston, MA 02110-1726
> Telephone: 617.951.8000
> Facsimile: 617.951.8736

All pleadings, papers, notices and other documents filed or served in this matter from May 27, 2008 forward should be sent to the above address.

DATED: May 21, 2008

/s/ Robert A. Buhlman
Robert A. Buhlman
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110
Counsel for Defendants

A/72542567.1

**CERTIFICATE OF SERVICE**

       I hereby certify that on this the 21st day of May, 2008, a true copy of the foregoing document was filed through the ECF system and will be electronically sent to the registered participants and attorneys of record listed below:

Jeffrey P. Fink
Caroline A. Schnurer
ROBBINS UMEDA & FINK, LLP
610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

Mary T. Sullivan, BBO #487130
SEGAL ROITMAN & COLEMAN
11 Beacon Street, Suite 500
Boston, MA 02108
Telephone: (617) 742-0208
Facsimile: (617) 742-2187

James G. Stranch
BRANSTETTER, KILGORE,
 STRANCH & JENNINGS
227 Second Avenue North
Nashville, TN 37201
Telephone: (615) 254-8801
Facsimile: (615) 255-5419

Robert A. Buhlman
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110

Bruce E. Falby
DLA Piper Rudnick Gray Cary US LLP
33 Arch Street
26th Floor
Boston, MA 02110-1447

                                              / s/ Robert Buhlman