# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE BIOPURE CORPORATION<br>DERIVATIVE LITIGATION | )<br>)<br>)<br>)<br>)<br>) | **Master Docket No. 1:04-cv-10177 (NG)**<br><br>**Assigned to Judge Nancy Gertner**<br><br>**Magistrate Judge Alexander** |

## NOTICE OF WITHDRAWAL OF DEFENDANTS' REPLY BRIEF IN FURTHER OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL

On May 19, 2008, due to an oversight, Defendants mistakenly filed their response to Plaintiffs' Reply Brief in Further Support of Plaintiffs' Motion To Compel without properly seeking leave of this Court pursuant to Local Rule 7.1(b)(3).  Defendants hereby withdraw their previously filed Reply Brief in Further Opposition to Plaintiffs' Motion to Compel (Docket No. 102).  Plaintiffs' Motion to Strike (Docket No. 103) and Plaintiffs' Memorandum in Support of Plaintiffs' Motion to Strike (Docket No. 104) is hereby moot.

Respectfully submitted,

**THOMAS A. MOORE, CARL W. RAUSCH, DAVID J. JUDLESON, CHARLES A. SANDERS, M.D., C. EVERETT KOOP, M.D., DANIEL P. HARRINGTON, J. RICHARD CROUT, M.D., AND BIOPURE CORPORATION**

By their attorneys,

/s/ Robert A. Buhlman
Robert A. Buhlman, BBO #554393
Michael D. Blanchard, BBO #636860
Jason D. Lane, BBO #665816
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110
(617) 951-8000

May 21, 2008

## <u>CERTIFICATE OF SERVICE</u>

     I hereby certify that a true copy of the above pleading was electronically served upon the attorneys of record for all parties on May 21, 2008.

/s/ Robert A. Buhlman
Robert A. Buhlman
