# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE BIOPURE CORPORATION ) <br> DERIVATIVE LITIGATION ) <br> ) <br> ) <br> ) <br> ) | Master Docket No. 1:04-cv-10177 (NG) <br><br> Assigned to Judge Nancy Gertner <br><br> Magistrate Judge Alexander |

## MOTION FOR LEAVE TO FILE
## 3-PAGE SUR-REPLY IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL

Pursuant to Local Rule 7.1(b)(3), Defendants respectfully request leave to file the attached 3-page Sur-Reply In Opposition to Plaintiffs' Motion to Compel.

As grounds for this motion, Defendants state as follows:

1.  On May 5, 2008, Plaintiffs filed a Motion to Compel and a Memorandum of Points and Authorities in Support of Plaintiffs' Motion to Compel. Defendants submitted their Opposition to Plaintiffs' Motion to Compel on May 12, 2008.

2.  On May 16, 2008, Plaintiffs filed a Reply Brief in Further Support of Plaintiffs' Motion to Compel in which they introduced two new arguments that Defendants did not have an opportunity to address in their original Opposition. Specifically, those arguments state that there is an "inherent bias" regarding the special litigation committee process and that Defendants waived privilege to certain of the board minutes by failing to include those minutes on Defendants' privilege log.

3.  Defendants respectfully request leave to submit the attached sur-reply in order to address the new arguments made for the first time in Plaintiffs' Reply as to which Defendants did not have a previous opportunity to address. Defendants submit that their

3-page sur-reply (attached) will serve to clarify these issues and assist the Court in disposition of the Plaintiffs' motion.

    Respectfully submitted,

    **THOMAS A. MOORE, CARL W. RAUSCH, DAVID J. JUDLESON, CHARLES A. SANDERS, M.D., C. EVERETT KOOP, M.D., DANIEL P. HARRINGTON, J. RICHARD CROUT, M.D., AND BIOPURE CORPORATION**

    By their attorneys,

    /s/ Robert A. Buhlman
    Robert A. Buhlman, BBO #554393
    Michael D. Blanchard, BBO #636860
    Jason D. Lane, BBO #665816
    BINGHAM McCUTCHEN LLP
    150 Federal Street
    Boston, MA 02110
    (617) 951-8000

May 21, 2008

## RULE 7.1(A)(2) CERTIFICATION

I hereby certify that counsel for Defendants attempted to confer with counsel for Plaintiffs on May 21, 2008 in good faith to resolve or narrow the issues presented in this motion, however as of the time of this filing, counsel for Plaintiffs has not responded. Therefore Counsel for Plaintiffs do not assent to the relief sought by this motion.

    /s/ Jason D. Lane
    Jason D. Lane

## CERTIFICATE OF SERVICE

 I hereby certify that a true copy of the above pleading was electronically served upon the attorneys of record for all parties on May 21, 2008.

/s/ Robert A. Buhlman  
Robert A. Buhlman

A/72543163.1