UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE BIOPURE CORPORATION ) <br> DERIVATIVE LITIGATION ) <br> ) <br> ) <br> ) <br> ) | Master Docket No. 1:04-cv-10177 (NG) <br><br> Assigned to Judge Nancy Gertner <br><br> Magistrate Judge Alexander |

NOTICE OF WITHDRAWAL OF
<u>DONALD J. SAVERY AS COUNSEL FOR DEFENDANTS</u>

Please take notice that Donald J. Savery is hereby withdrawn as counsel of record for Defendants in the above captioned case. Robert A. Buhlman and Michael D. Blanchard of Bingham McCutchen continue in their capacity as counsel for Defendants.

Dated: June 18, 2008            Respectfully submitted,
        Boston, Massachusetts

                    /s/ Robert A. Buhlman
                    Robert A. Buhlman, BBO #554393
                    Michael D. Blanchard, BBO#636860
                    BINGHAM McCUTCHEN LLP
                    One Federal Street
                    Boston, MA 02110

A/72571577.1

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document was electronically served upon the attorney of record for each party on June 18, 2008.

                                                    /s/ Robert A. Buhlman  
                                                    Robert A. Buhlman