UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE BIOPURE CORPORATION | ) | Master Docket No. 1:04-cv-10177-NG |
| DERIVATIVE LITIGATION | ) | (Consolidated Derivative Action) |
| | ) | |
| | ) | Assigned to: Judge J. Nancy Gertner |
| | ) | |
| | ) | Magistrate Judge Alexander |

### JOINT MOTION OF THE PLAINTIFF'S AND THE SPECIAL LITIGATION COMMITTEE FOR EXTENSION OF TIME

This Motion is filed jointly by the Special Litigation Committee ("SLC") and the Plaintiffs seeking an extension of time to the previously ordered deadline for concluding the depositions of the SLC members and for submission of Plaintiff's Response to the SLC's Motion to Dismiss.

In support hereof the parties to this Motion would show that despite best efforts, the SLC members have been unable to schedule their depositions.

Therefore, the SLC and the Plaintiffs jointly move to extend the deadlines as follows:

1) Depositions of SLC members shall be completed by October 31, 2008;

2) Plaintiffs' Response to the SLC's Motion to Dismiss shall be filed by November 21, 2008;

3) Any Reply to Plaintiffs' Response should be filed by December 22, 2008.

DATED: September 11, 2008           Respectfully submitted:

/s/ George E. Barrett
Douglas S. Johnston, Jr. (*pro hac vice*)
George E. Barrett (*pro hac vice*)
Timothy L. Miles (*pro hac vice*)
BARRETT, JOHNSTON & PARSLEY

2

217 Second Avenue, North
Nashville, TN 37201
Telephone: (615) 244-2202
Facsimile: (615) 252-3798
djohnston@barrettjohnston.com
gbarrett@barrettjohnston.com
tmiles@barrettjohnston.com

Jeffrey P. Fink
Caroline A. Schnurer
ROBBINS UMEDA & FINK, LLP
610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

*Plaintiffs' Co-Lead Counsel*

Mary T. Sullivan, BBO #487130
Segal Roitman LLP
111 Devonshire Street, 5th Floor
Boston, MA 02109

*Plaintiffs' Liaison Counsel*


/s/ Bruce E. Falby_____
Bruce E. Falby
DLA PIPER RUDNICK GRAY CARY US, LLP
33 Arch Street
26th Floor
Boston, MA 02110-1447

*SLC  Counsel*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this the 11th day of September, 2008, a true copy of the foregoing document was filed through the ECF system and will be electronically sent to the registered participants and attorneys of record listed below:

Jeffrey P. Fink
Caroline A. Schnurer
ROBBINS UMEDA & FINK, LLP
610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

Mary T. Sullivan, BBO #487130
Segal Roitman LLP
111 Devonshire Street, 5th Floor
Boston, MA 02109

Robert A. Buhlman
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110

Bruce E. Falby
DLA Piper Rudnick Gray Cary US LLP
33 Arch Street
26th Floor
Boston, MA 02110-1447

                                                /s/ George E. Barrett
                                                GEORGE E. BARRETT