UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **IN RE BIOPURE CORPORATION** | ) | Master Docket No. 1:04-cv-10177-NG |
| **DERIVATIVE LITIGATION** | ) | (Consolidated Derivative Action) |
| | ) | |
| | ) | Assigned to: Judge J. Nancy Gertner |
| | ) | |
| _____ | ) | Magistrate Judge Alexander |

**[PROPOSED] ORDER GRANTING THE JOINT MOTION OF THE PLAINTIFF'S AND THE SPECIAL LITIGATION COMMITTEE FOR EXTENSION OF TIME**

For good cause shown, the Court **GRANTS** the Joint Motion of the Plaintiffs and the Special Litigation Committee ("SLC") for Extension of Time.

The deadlines for completion of the depositions of the SLC members and for filing the Plaintiff's Response to the SLC's Motion to Dismiss is set by Order of April 30, 2008, (Docket #95) are **VACATED** and the following deadlines are substituted:

1) Depositions of SLC members shall be completed by October 31, 2008;

2) Plaintiffs' Response to the SLC's Motion to Dismiss shall be filed by November 21, 2008;

3) Any Reply to Plaintiffs' Response should be filed by December 22, 2008.


Entered this the _____ day of September, 2008     _____
                                                  NANCY J. GERTNER
                                                  JUDGE